### BRENEMAN & GEORGES
ATTORNEYS AND COUNSELORS AT LAW
3150 COMMONWEALTH AVENUE
ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8006
TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

March 30, 2007

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

Re: Amity Rubberized Pen v. Market Quest, et al. Litigation

### STATEMENT OF ACCOUNT

Payment of $6,491.97 received...THANK YOU!

To services in February and March, 2007 including review of Morovati documents and e-mail regarding obtaining further documents and materials from Fred Groh machinery and review of available documents and material in preparation of a conference call and review of the Joint Report Pursuant to Fed. R. Civ. P. 26(f) and discussions and consideration of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ as well as a motion for a Markman hearing and March 28, 2007 telephone conference with Gary Brenner, Esq. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ follow-up e-mail on March 29, 2007 re same.

| | | |
|---|---|---|
| Legal Fees And Disbursements 5.75 hr. @ $250.00 | $1,437.50 | |
| Miscellaneous Out Of Pocket Expenses | $ 12.60 | |
| | $1,450.10 | |
| Previous Unpaid Balance | $2,392.87 | |
| | $3,842.97 | |

Total Due    $3,842.97

**BRENEMAN & GEORGES**
ATTORNEYS AND COUNSELORS AT LAW
3150 COMMONWEALTH AVENUE
ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8006
TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

April 30, 2007

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

    Re: Amity Rubberized Pen v. Market Quest, et al. Litigation

## STATEMENT OF ACCOUNT

    Payment of $1,450.10 received...THANK YOU!

    To services in April, 2007 including receipt, review and commenting on various matters pertaining to the litigation including receipt, review and preparation of a motion for a Markman Hearing and review of the Oroumieh 7,004,350B2 patent claims and terms used in the patent claims that require judicial construction; review of various discovery matters and correspondence and discussions with Gary Brenner, Esq ▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬.

| | | |
|---|---|---|
| Legal Fees And Disbursements 27.25 hr. @ $250.00 | $6,812.50 | |
| Miscellaneous Out Of Pocket Expenses | $   45.75 | |
| | $6,858.25 | |

        Total Due    $6,858.25

**BRENEMAN & GEORGES**
ATTORNEYS AND COUNSELORS AT LAW
3150 COMMONWEALTH AVENUE
ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8008
TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

June 6, 2007

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

    Re: Amity Rubberized Pen v. Market Quest, et al. Litigation

## STATEMENT OF ACCOUNT

    Payment of $6,858.25 received...THANK YOU!

    To services in May, 2007 including review of the deposition of Mary Lewis and providing comments regarding inventorship and review of the status of the petition by Amity and our opposition to the petition in the U.S. Patent and Trademark Office and considering and responding to Gary Brenner, Esq.'s ███████████

| | | |
|---|---|---|
| Legal Fees And Disbursements 5.75 hr. @ $250.00 | | $1,437.50 |
| Miscellaneous Out Of Pocket Expenses | | $ 35.15 |
| | | $1,472.65 |

        Total Due    $1,472.65

### BRENEMAN & GEORGES
#### ATTORNEYS AND COUNSELORS AT LAW
#### 3150 COMMONWEALTH AVENUE
#### ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8000
TELECOPIER: (703) 683-8000

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

July 6, 2007

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

    Re: Amity Rubberized Pen v. Market Quest, et al. Litigation

### STATEMENT OF ACCOUNT

    Payment of $1,472.65 received...THANK YOU!

    To services in June, 2007 including conference call with Gary Brenner, Esq., Todd Vaughn, Esq. and Mr. Harris Cohen regarding ███████████████████████████████████ ██████████ and checking on the status of Amity's attempt to have Mary Lewis added as a co-inventor by the U.S. Patent and Trademark Office and review of e-mail and deposition of Ken Jamieson and various discovery matters and review of Amity's responses to interrogatories and our Mediation Brief and discussion(s) with Gary Brenner, Esq. regarding ███████ ███████████████████████████████████ and review of claim interpretation cases to discuss review of claim interpretation cases ███████████████ for a conference call on June 29, 2007.

| | | |
|---|---|---|
| Legal Fees And Disbursements 8.5 hr. @ $250.00 | $2,125.00 | |
| Miscellaneous Out Of Pocket Expenses | $   38.40 | |
| | $2,163.40 | |

        Total Due    $2,163.40

## BRENEMAN & GEORGES

ATTORNEYS AND COUNSELORS AT LAW
3150 COMMONWEALTH AVENUE
ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8006
TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

August 14, 2007

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

     Re: Amity Rubberized Pen v. Market Quest, et al. Litigation

### STATEMENT OF ACCOUNT

     Payment of $2,163.40 received...THANK YOU!

     To services in July, 2007 including review of e-mails and discovery matters and e-mails regarding ▮▮▮▮▮▮▮▮▮▮▮▮ jurisdictional and standing issues in relation to a 35 U.S.C. § 256 hearing and suggesting the deposition of Robert Oroumieh be taken if the Court were to require a 35 U.S.C. § 256 hearing to obtain jurisdiction and confer standing and conference call with Mr. Harris Cohen and Gary Brenner, Esq. and review of documents, affidavits and patents in preparation of the conference and review of files and materials regarding interference practice and derivation and obtaining and reviewing the file history of the Pick 'N Mint trademark application by Robert Oroumieh and review of the Cohen '349 and Oroumieh '350 patents for technical differences and requesting an example of the Oroumieh Pick 'N Mint dispenser and e-mail regarding the differences ▮▮▮▮▮▮▮▮▮▮▮▮▮ various documents produced by Jacque Morovati and preparation of an e-mail regarding inventorship, derivation and corroboration

law; review of documents and materials sent by Fred Groth; further consideration and ███████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████ and completion of Court forms sent by Gary Brenner, Esq. and transmittal of the forms back by Federal Express; consideration ████████████████████ and e-mail regarding the issue of corroboration; review of the deposition of Fred Groth; correspondence with Gary Brenner, Esq. and transmittal of 6 Pick 'N Mint dispensers back to Gary Brenner via Federal Express so that he would have them available for depositions; correspondence regarding the taking of the deposition of Robert Oroumieh; ██████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████ telecopying relevant material from McCarthy on trademark misuse issues; work on reviewing documents and materials in preparing for the deposition of Robert Oroumieh and e-mails regarding strategy and issues of validity of the Oroumieh patent and the deposition of Jacque Morovati and issues regarding the Fred Groth deposition; receipt and review of Court filings and transmittal of various documents to Gary Brenner, Esq. for the Jacque Morovati deposition and preparation of documents and exhibits for the deposition of Robert Oroumieh and trip to California and taking the first deposition of Robert Oroumieh in California and meeting with Gary Brenner, Esq. to review additional "confidential documents" before the deposition of Robert Oroumieh in Azusa, California and return to Washington, D.C.

| Legal Fees And Disbursements 135.25 hr. @ $250.00 | $33,812.50 |
|---|---|
| Hilton Garden Inn | $ 288.57 |
| Avis Rent-A-Car | $ 197.19 |
| Federal Express Charges | $ 60.61 |
| Miscellaneous Out Of Pocket Expenses | $ 235.50 |
| | $34,594.37 |

Total Due      $34,594.37

**BRENEMAN & GEORGES**
ATTORNEYS AND COUNSELORS AT LAW
3150 COMMONWEALTH AVENUE
ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8006
TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

September 12, 2007

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

Re: Amity Rubberized Pen v. Market Quest, et al. Litigation

## STATEMENT OF ACCOUNT

Payment of $14,594.37 received...THANK YOU!

To services in August, 2007 including review of documents and materials in preparation for the deposition of Mr. Robert Heintz and travel to Doylestown, Pennsylvania to attend and participate in the taking of the deposition of Robert Heintz; review of e-mails and e-mail correspondence regarding discovery and participation in a conference call with Gary Brenner, Esq. and Todd Vaughn, Esq. regarding ███████████████ and legal research on jurisdiction and standing involving ownership of patent rights, inventorship and assignment validity requirements for standing and Article III - U.S. Constitutional requirements for Federal courts to hear a case or controversy and standing in patent validity and infringement actions and research on declaratory judgment standing requirements in view of the U.S. Supreme Court decision of MedImmune changing Federal Circuit patent law of standing on patent infringement claims and research on the Lanham Act and requirements for standing and preparation and transmittal of the First Draft of the Motion and Memorandum to Dismiss

Amity's claims for lack of standing; further research and consideration of standing under the Lanham Act for a claim for false advertising; and consideration of prudential standing under the Lanham Act and the Third Circuit and Ninth Circuit decisions and discretionary declaratory judgment jurisdiction to hear cases of false advertising under the Lanham Act as well as disposition of pendant state claims; further telephone conference with Gary Brenner, Esq. and Todd Vaughn, Esq. ████████████████████

██████████████████████████████████████████████████

including additional work required and division of labor to check quotes and court case cites, shepardizing cases and locating relevant portions to deposition transcripts and Exhibits to be included with the Memorandum and discussions regarding expert witnesses to comply with the Scheduling Order.

| | |
|---|---|
| Legal Fees And Disbursements 71.25 hr. @ $250.00 | $17,812.50 |
| Transportation Expenses | $    40.69 |
| Miscellaneous Out Of Pocket Expenses | $   210.75 |
| | $18,063.94 |

Total Due     $18,063.94

. **BRENEMAN & GEORGES**
ATTORNEYS AND COUNSELORS AT LAW
3150 COMMONWEALTH AVENUE
ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8008
TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

October 9, 2007

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

Re: Amity Rubberized Pen v. Market Quest, et al. Litigation

### STATEMENT OF ACCOUNT

To services in September, 2007 including completion of the Motion and Memorandum to Dismiss for Lack of Subject Matter Jurisdiction and further review of False Advertising and Unfair Competition cases from the Ninth Circuit on the issue of standing; work on preparation of a list of prior art to be served on Amity and discussions and e-mails regarding the list of prior art; review of documents and preparation of a list of Exhibits to be included with the Motion and Memorandum to be attached by Gary Brenner, Esq.; telephone conference calls and discussions with the expert witness John Pratt; making additions and comments to the "Defendant's Initial Disclosure of Prior Art"; review of the damages expert credentials and conference calls with John Pratt and Thomas Neches ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

██████████████████████████████████████████

████ and research and preparation of a memo regarding damage
analysis and damage report as to actual damages and lost profits
and e-mails regarding the issue of competition between Amity
Rubberized Pen and the defendants and e-mails and telephone
discussions and conferences regarding the damage reports of the
experts and recommending ████████████████████████████████████

████████████████████

of Standing and Jurisdiction and ████████████████████████████
████████████████████████ and discussions and e-mails re same.


| | | |
|---|---|---|
| Legal Fees And Disbursements 66.5 hrs. @$250.00 | | $16,625.00 |
| Federal Express | $ | 69.33 |
| Miscellaneous Out Of Pocket Expenses | $ | 38.45 |
| | | $16,732.78 |
| Previous Balance | | $18,063.94 |
| | | $34,796.72 |


                    Total Due     $34,796.72

**BRENEMAN & GEORGES**
ATTORNEYS AND COUNSELORS AT LAW
3150 COMMONWEALTH AVENUE
ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8000
TELECOPIER: (703) 683-8000

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

November 15, 2007

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

Re: Amity Rubberized Pen v. Market Quest, et al. Litigation

### STATEMENT OF ACCOUNT

Payment of $14,796.72 received....THANK YOU!

To services in October, 2007 including further work on the motion to dismiss all of Amity's claims based on lack of standing and in particular the portion of the memo pertaining to dismissal of the state claims of unfair competition and federal pendent jurisdiction; review of Scheduling Order; checking with the USPTO on the status of Amity's petition to add Mary Lewis as a co-inventor and considering and ████████████████████████████████

████████████████████████████████████
and e-mails regarding various matters; work on Defendant's Responsive Claim Construction Statement and claims construction chart for the '350 patent and preparation and transmittal of a claims construction chart for comments; review of e-mails regarding meet and confer requirements and reviewing the Oroumieh deposition for various portions to support the memorandum and review and revising an Exhibit Chart for the motion and memorandum to dismiss for lack of standing; consideration and discussions with Gary Brenner, Esq. ████████████████████

obtaining a certified copy of the Opposition to Petition to
Correct Inventorship from the USPTO and sending it Federal
Express to Gary Brenner, Esq. for inclusion with the motion and
memorandum to dismiss for lack of standing and payment of USPTO
fees for obtaining the certified copies; telephone meet and
confer with Frederick Douglas, Esq. and Gary Brenner, Esq.
regarding the motion to dismiss for lack of jurisdiction and the
joint claim construction statement and receipt of the joint claim
construction statement of Frederick Douglas, Esq. and modifying
the joint claim construction statement to include materials
Frederick Douglas, Esq. omitted from our previous claim
construction chart and preparation and transmittal of a draft
joint claim construction chart and work on finalizing the joint
claim construction chart and e-mails, conference call and
correspondence regarding the foregoing matters.

Legal Fees And Disbursements 76.25hrs. @$250.00   $19,062.50
Payment Of Certification Fees/Peerless P.   $    255.00
Miscellaneous Out Of Pocket Expenses        $    306.85
                                            $19,624.35

              Total Due    $19,624.35

### BRENEMAN & GEORGES

**ATTORNEYS AND COUNSELORS AT LAW**
3150 COMMONWEALTH AVENUE
ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8006
TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

December 20, 2007

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126


Re: Amity Rubberized Pen v. Market Quest, et al. Litigation

### STATEMENT OF ACCOUNT

Payment of $10,000 received....THANK YOU!

To services in November, 2007 including work on assembling intrinsic and extrinsic materials for Markman hearing including materials to be included in the Table of Disputed Construction Terms; e-mails to opposing counsel regarding the Table of Disputed Terms and █████████████████████████ review of the deposition of Robert Oroumieh and deposition exhibits to complete designation of extrinsic evidence sources; e-mails to John Pratt and review of Plaintiff's Opposition to the motion to dismiss and discussions and correspondence as to whether to file a reply brief and division of research and issues to be covered in a reply brief; preparation of a draft reply brief including a covenant not to sue █████████████████████████████████ ██████████████████; legal research and work on the Assignment issue and completion of work on the Reply Brief with the assistance of Patrick R. Delaney, Esq.; trip to Los Angeles, California and preparing for the argument on the motion to dismiss and assisting in the argument on the motion to dismiss and travel back to Washington, D.C. with a new scheduling order by Judge Wu requiring the simultaneous exchange of Markman briefs on November 30, 2007 and obtaining a certified copy of the File History of the Oroumieh Patent for inclusion with our opening Markman Brief and preparation of the opening Markman Brief and having Patrick R. Delaney, Esq. check cases and proof read the

brief and transmittal of the opening Markman Brief to Gary
Brenner, Esq. for filing and correspondence, e-mails and
correspondence re same.

| | |
|---|---:|
| Legal Fees And Disbursements (WDB)107.5 @$250.00 | $26,875.00 |
| Legal Fees And Disbursements (PRD) 29 hr@ $75.00 | $ 2,175.00 |
| Payment of SW Airlines ticket change | $    75.99 |
| Payment of Peerless Patent Services | $   568.70 |
| New Otani Hotel | $   221.68 |
| Miscellaneous Out Of Pocket Expenses | $   259.75 |
| | $30,176.12 |
| Past Due | $ 9,624.35 |
| | $39,800.47 |

Total Due    $39,800.47

. BRENEMAN & GEORGES

ATTORNEYS AND COUNSELORS AT LAW
3150 COMMONWEALTH AVENUE
ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8006
TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

January 29, 2008

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

Re: Amity Rubberized Pen v. Market Quest, et al. Litigation

## STATEMENT OF ACCOUNT

Payment of $10,000 (check no. 028600) received....THANK YOU!

To services in December, 2007 including e-mails, correspondence and discussions regarding various aspects of the case including review of outstanding Court Orders of Judge Schiavelli and Judge Wu regarding the Markman Hearing and the deadline for filing dispositive motions and bringing the discrepancies between the two Orders to the attention of Gary Brenner, Esq. for resolution and work on Defendants' Responsive Claim Construction Brief and preparation and e-mailing a finalized version of the Opposition to Amity Rubberized Pen Company's Opening Claim Construction Brief and shepardizing cases and transmission of the finalized brief and list of accompanying exhibits to Gary Brenner, Esq. for electronic filing in Federal District Court of the Opposition to Plaintiff Amity Rubberized Pen Company's Opening Claim Construction Brief and receipt, review and consideration of additional Document Nos. LC 00035 to LC 00055 produced by Lanex Corporation; receipt, review and analysis of Plaintiff Amity Rubberized Pen Company's Opposition to Defendants' Opening Claim Construction Brief and considering the scope and content of a Reply Brief as required by Judge Wu's Scheduling Order; receipt, review and consideration of a Stipulation to continue the deadline for filing dispositive

    motions and review of the rough deposition transcript of the
December 20, 2007 deposition of Mary Lewis and receipt and review
of a Settlement Offer of Amity Rubberized Pen Company and e-mails
responsive thereto ████████████████████████████████████████████
████████████████████ and work on a Markman Reply Brief due January 2,
2008; e-mails to Gary Brenner, Esq. re page limitation for Reply
Briefs under the local rules and research of the local rules of
the District Court of California on page limitations for briefs
and work on the Reply Brief and e-mailing the Reply Brief to Gary
Brenner, Esq. for filing in District Court and correspondence and
████████████████████████████████████████████████████████████████
███████████ the Evidentiary Hearing on January 3, 2008 and whether
my presence was required for that Hearing as well as the Markman
Hearing scheduled for January 10, 2008 and being informed my
presence was required for both Hearings and discussions with Gary
Brenner, Esq. ████████████████████ and preparation for the standing portion of
the Evidentiary Hearing by obtaining updated information from the
USPTO regarding Amity's Petition to add Mary Lewis as a co-
inventor and preparation of documents and materials needed for
the January 10, 2008 Markman Hearing and receiving by e-mail a
copy of the Complaint served on Jackie Morovati and Universal
Plastics and scheduling a trip to California to stay the entire
week from January 3, 2008 to January 10, 2008 in order to attend
and prepare for both Hearings and correspondence and discussions
re same.

| | | |
|---|---|---|
| Legal Fees And Disbursements  (114.5 hr.) (250) | $28,625.00 |
| Miscellaneous Out Of Pocket Expenses | $    138.32 |
| | $28,763.32 |
| Previous Balance | $29,800.47 |
| | $58,563.79 |

                Total Due    $58,563.79

. BRENEMAN & GEORGES
ATTORNEYS AND COUNSELORS AT LAW
3150 COMMONWEALTH AVENUE
ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8008
TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

February 22, 2008

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126


        Re: Amity Rubberized Pen v. Market Quest, et al. Litigation


                    **STATEMENT OF ACCOUNT**

    Payment of $10,000 (check no. 028771) received....THANK YOU!

    To services in January, 2008 including work on the
preparation for the Evidentiary Hearing on standing and false
advertising issues and discussions with Gary Brenner, Esq.
▓▓▓▓▓▓▓▓▓▓▓▓ assembling documents and materials for the Evidentiary
Hearing on 1/3/08 and discussions regarding the Markman Hearing
on 1/10/08 and preparation of documents and materials necessary
for the Markman Hearing; review of briefs and materials needed
for the Markman Hearing and scheduling a flight to California for
work and an intended stay in California from January 2 to January
11, 2008 to attend both hearings; review of the Markman Reply
Brief submitted by Amity Rubberized Pen (Amity) and review of e-
mails and receipt, review and analysis of a patent infringement
Complaint filed by Amity against Jacque Morovati and Universal
Plastics and review of Lanex's Opposition to use Lanex
International's testimony and to compel the appearance of Mary
Lewis at the Evidentiary Hearing and trip to California for the
Evidentiary and Markman Hearings and meetings with Gary Brenner,
Esq. and Mr. Harris Cohen and conferring with Fred Douglas, Esq.
regarding the Evidentiary Hearing as ordered by Judge Wu and
presenting issues for the Evidentiary Hearing to Judge Wu; being
advised by the Court that the Evidentiary Hearing and Markman

Hearing were being canceled due to the lawsuit filed by Amity
against Jacque Morovati and Universal Plastics and rearranging
flight schedules, rental car, hotel and other arrangements and
paying surcharges for rearranging the schedules, payment of
travel, hotel and rental car expenses and return to the office
and receipt, review of various Court Orders and filings and
review of e-mails and preparation, filing and serving (1) a
supplemental Opposition to Petition to Correct Inventorship in an
Issued Patent Pursuant to 37 CFR 1.324 and 35 U.S.C. § 256 and
(2) a Petition to Expunge Assignment Records in Issued Patent No.
7,004,350 and payment of the United States Patent and Trademark
Office Petition fees for filing the Petition and requesting
expedited service and service upon Fred Douglas, Esq., Attorney
Frymer, Esq. and copies to Gary Brenner, Esq. and Mr. Harris
Cohen and correspondence and discussions re same.

| | |
|---|---|
| Legal Fees And Disbursements  (73.5 hr.) (250) | $18,375.50 |
| Payment Of U.S. Patent Office Fees | $    400.00 |
| Payment Of Airline Expenses | $  1,497.60 |
| Payment Of Hotel Expenses | $    586.07 |
| Payment Of Car Rental Expenses | $    285.10 |
| Payment Of Parking Expenses | $    120.00 |
| Miscellaneous Out Of Pocket Expenses | $    248.50 |
| | $21,512.27 |
| Previous Balance | $48,563.79 |
| | $70,076.06 |

Total Due   $70,076.06

. BRENEMAN & GEORGES

ATTORNEYS AND COUNSELORS AT LAW
3150 COMMONWEALTH AVENUE
ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8006
TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

March 26, 2008

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

Re: Amity Rubberized Pen v. Market Quest, et al. Litigation

### STATEMENT OF ACCOUNT

To services in February, 2008 including e-mails and
discussions regarding the status conference scheduled for
February 11, 2008 and arranging to participate in the status
conference by telephone and preparation and participation in the
February 11, 2008 status conference and e-mails and discussions
regarding a further status conference and attending a second
court scheduled status conference on February 21, 2008 by
telephone and review of e-mails and court orders regarding
further proceedings and pointing out issues in the court order
that required correction and e-mails and discussions re same.

| | |
|---|---|
| Legal Fees And Disbursements  (8.75 hr.) (250) | $ 2,187.50 |
| Miscellaneous Out Of Pocket Expenses | $    45.30 |
| | $ 2,232.80 |
| Previous Balance | $30,076.06 |
| | $32,308.86 |

Total Due    $32,308.86

.BRENEMAN & GEORGES

ATTORNEYS AND COUNSELORS AT LAW

3150 COMMONWEALTH AVENUE

ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8006
TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

April 30, 2008

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126


Re: Amity Rubberized Pen v. Market Quest, et al. Litigation


## STATEMENT OF ACCOUNT

Payment of $ 30,000.00 and
$ 2,308.80 received...THANK YOU!

To services in March, 2008 including review of e-mails and
discussions regarding the filing of an ex parte motion to change
the briefing schedule and e-mails and court orders regarding the
dates for an evidentiary hearing; work in the event the ex parte
motion was not granted and stopping work upon receiving an e-mail
that the briefing schedule had been changed by the granting of
the ex parte order.


| | |
|---|---|
| Legal Fees And Disbursements  (14.5 hr.) (250) | $ 3,625.00 |
| Miscellaneous Out Of Pocket Expenses | $    40.75 |
| | $ 3,665.75 |


Total Due    $ 3,665.75

**BRENEMAN & GEORGES**
ATTORNEYS AND COUNSELORS AT LAW
3150 COMMONWEALTH AVENUE
ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8008
TELECOPIER: (703) 683-8000

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

May 27, 2008

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

     Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation

Dear Mr. Cohen:

     Enclosed is the Statement Of Account for April, 2008 as well as a copy of the $9,496.20 bill from Lexis Nexis which I mentioned in California and which has not been added to your Statement Of Account.

     Since Lexis Nexis gave me a $5,132.50 adjustment on their bill I've given you a $5,132.50 adjustment on your bill.  There is no question I worked the hours on the legal research since the work was done online.  All work online with Lexis Nexis was logged in as MQ for MarketQuest.

     In the event we can get any further discount from Lexis Nexis we will pass it along even if it does not change the amount of time that was actually spent online.

     Always our Best.

               Very truly yours,

               BRENEMAN & GEORGES

               William D. Breneman

Enclosure

**BRENEMAN & GEORGES**
ATTORNEYS AND COUNSELORS AT LAW
3150 COMMONWEALTH AVENUE
ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8000
TELECOPIER: (703) 680-8000

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

May 27, 2008

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation

### STATEMENT OF ACCOUNT

Payment of $ 3,665.75 received...THANK YOU!

To services in April, 2008 including review of e-mails and sending e-mails regarding practice and procedure regarding ex parte motion and dispositive motions; e-mails and issues pertaining to a mediation conference with Amity, MarketQuest and Universal Plastics defendants; review of Court Orders and recommending the motions for summary judgment be scheduled after scheduling a date for the Markman Hearing; work on legal research on the patent aspects of the opening brief on the Evidentiary Hearing scheduled for May 15, 2008 and consideration of the articles and materials uncovered by Gary Brenner, Esq. ▮▮▮▮▮▮▮ and transmittal of the draft brief on patent standing to Gary Brenner, Esq. and Doug Frymer, Esq. and receiving comments of Doug Frymer, Esq. and supplementing the Brief to make it clear dismissal is the only legal option when standing was not present at the time the case was filed; review of Gary Brenner, Esq.'s portion of the brief on standing and making comments and suggestions for supplementing the false advertising standing issue and review of completed brief and work on assembling exhibits for the brief and being advised the brief was too long and work with Gary Brenner, Esq. to shorten the brief to accommodate the local rules on the length of the brief and e-mails and discussions re same.

| | | |
|---|---|---|
| Legal Fees And Disbursements 105.25 hr @ $250.00 | $26,312.50 |
| Miscellaneous Out Of Pocket Expenses | $    68.20 |
| | $26,380.70 |
| Less | <$ 5,132.50> |
| | $21,248.20 |

Total Due  $21,248.20

**BRENEMAN & GEORGES**

ATTORNEYS AND COUNSELORS AT LAW

3150 COMMONWEALTH AVENUE

ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 888-8008

TELECOPIER: (703) 888-8009

PATENT, TRADEMARK AND COPYRIGHT

LAW AND RELATED

LITIGATION AND LICENSING

June 25, 2008

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation

## STATEMENT OF ACCOUNT

To services in May, 2008 including review of Amity's brief on standing and checking their cited cases and arguments and begin work on a responsive reply brief and discussions with Gary Brenner, Esq. ████████████████████████████████████ ███████████████████████████████ and trip to California to take testimony in the evidentiary hearing and return to Washington, D.C. and conference calls, e-mails and discussions regarding the evidentiary hearing, burden of proof and further proceedings and materials required by the court including discussions regarding the settlement conference, status conference and the further filing required by the Court.

| | | |
|---|---|---|
| Legal Fees And Disbursements | 94.25 hr @ $250.00 | $23,562.50 |
| Payment Of Hotel Expense | | 349.34 |
| Office Supplies, Business Center | | 260.35 |
| Miscellaneous Out Of Pocket Expenses | | $   238.40 |
| | | $24,410.59 |
| Previous Balance | | $21,248.20 |
| | | $45,658.79 |

Total Due   $45,658.79

**BRENEMAN & GEORGES**

ATTORNEYS AND COUNSELORS AT LAW

3150 COMMONWEALTH AVENUE

ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8006

TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT

LAW AND RELATED

LITIGATION AND LICENSING

July 23, 2008

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

      Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation

## STATEMENT OF ACCOUNT

      Payment of $20,000.00 received...THANK YOU!

      To services in June, 2008 including work on preparing the findings of fact and conclusions of law required by the Court following the evidentiary hearing including updating legal research and transmitting the findings of fact and conclusions of law to Gary Brenner, Esq.; receipt, review and checking the legal authorities supporting the findings of fact and conclusions of law in Amity's brief and discussions with Gary Brenner, Esq. and receipt, review and comments on various e-mails regarding the status of the case and the settlement conference.

| | | |
|---|---|---:|
| Legal Fees And Disbursements | 63.25 hr @ $250.00 | $15,812.50 |
| Miscellaneous Out Of Pocket Expenses | | $      73.90 |
| | | $ 15,886.40 |
| Previous Balance | | $ 25,658.79 |
| | | $ 41,545.19 |

      Total Due   $ 41,545.19

### BRENEMAN & GEORGES
ATTORNEYS AND COUNSELORS AT LAW
3150 COMMONWEALTH AVENUE
ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8000
TELECOPIER: (703) 683-8000

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

September 15, 2008

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation

### STATEMENT OF ACCOUNT

Payment of $10,000 received....THANK YOU!

To services in July, 2008 including preparing for the July 28, 2008 status conference and checking with the United States Patent and Trademark Office to determine if Amity's petition to add Mary Lewis as an inventor had been acted upon or if our petition to expunge the assignment had been acted upon and advising the court the status of the USPTO proceedings; review and responding to e-mails and consideration of next steps if Amity were to request a § 256 hearing by August 11, 2008 and our response ██████████████████████████████████

Amity requests a § 256 hearing to add Mary Lewis as an inventor and e-mails re same.

| | | |
|---|---|---|
| Legal Fees And Disbursements 8.75 hr @ $250.00 | $ 2,187.50 | |
| Miscellaneous Out Of Pocket Expenses | $    10.75 | |
| | $ 2,198.25 | |
| Previous Balance | $31,545.19 | |
| | $33,743.44 | |

Total Due  $33,743.44

**BRENEMAN & GEORGES**
ATTORNEYS AND COUNSELORS AT LAW
3150 COMMONWEALTH AVENUE
ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8006
TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

September 30, 2008

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation

## STATEMENT OF ACCOUNT

To services in August, 2008 including review and responding to e-mails and contacting the USPTO to determine if there was a decision in Amity's Petition to add Mary Lewis as an inventor or in our Petition to expunge Amity's assignment and participating in the August 11, 2008 status conference with Judge Wu by telephone and receipt, review and discussions regarding Amity's Motion for a 35 U.S.C. § 256 hearing and preparation of a joint Memorandum of Points and Authorities in Opposition to Amity's Motion to Correct Inventorship of Oroumieh U.S. Patent 7,004,350 and work with Gary Brenner, Esq. ▮▮▮▮▮▮▮▮▮▮▮▮ correspondence and discussions re same.

| | | |
|---|---|---|
| Legal Fees And Disbursements 62.75 hr @ $250.00 | $15,687.50 | |
| Miscellaneous Out Of Pocket Expenses | $ 95.20 | |
| | $15,782.70 | |
| Previous Balance | $33,743.44 | |
| | $49,526.14 | |

Total Due   $49,526.14

**BRENEMAN & GEORGES**
ATTORNEYS AND COUNSELORS AT LAW
3150 COMMONWEALTH AVENUE
ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8000
TELECOPIER: (703) 683-8000

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

October 14, 2008

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

        Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation

### STATEMENT OF ACCOUNT

        Payment of $2,198.25 received...THANK YOU!

        To services in September, 2008 including work with Gary
Brenner, Esq. to assemble Exhibits to Defendants' Opposition to
Amity's Motion for a 35 U.S.C. § 256 Hearing; checking the status
of the petitions in the United States Patent and Trademark Office
to add Mary Lewis as an inventor and to expunge the Robert
Oroumieh - Mary Lewis - Amity recorded Assignment; and
consideration of various options for opposing Amity's motion for
summary judgment on the invalidity of Cohen U.S. Patent 7,066,349
('349 Patent) and discussions with Gary Brenner, Esq. ▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉ and providing a fact based and/or legal based opposition
based on the unique circumstances of the case ▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉ Gary Brenner, Esq. and telephone calls, e-mails and
correspondence with Gary Brenner, Esq., Douglas Frymer, Esq. and
Fred Douglas, Esq. and providing pin cite information to Fred
Douglas, Esq.; e-mails regarding the September 16, 2008 deadline
for advising the Court of whether live witnesses would be
presented at the September 22, 2008 hearing on Amity's 35 U.S.C.

§ 256 Motion and preparation of a Memorandum of Points and
Authorities in Opposition to Amity's Motion for Summary Judgment
of the invalidity of the Cohen '349 Patent and preparation of a
Statement of Genuine Issues and exhibits and work with Gary
Brenner, Esq. to coordinate Exhibits with the Memorandum of
Points and Authorities in Opposition to Amity's Motion for
Summary Judgment and beginning preparation for the September 16,
2008 Hearing and trip to California and receiving word that Judge
Wu consolidated the 35 U.S.C. § 256 motion and summary judgment
motions for a Hearing set for October 27, 2008 and e-mails,
correspondence and discussions re same.


Legal Fees And Disbursements   68.25 hr @ $250.00   $17,062.50
Miscellaneous Out Of Pocket Expenses               $    353.20
                                                   $17,415.70
Previous Balance                                   $47,327.89
                                                   $64,743.59


                Total Due   $64,743.59

**BRENEMAN & GEORGES**
ATTORNEYS AND COUNSELORS AT LAW
3150 COMMONWEALTH AVENUE
ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8000
TELECOPIER: (703) 683-8000

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

November 17, 2008

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation

## STATEMENT OF ACCOUNT

Payment of $10,000.00 received...THANK YOU!

To services in October, 2008 including preparation for hearing on Amity's motion for summary judgment of invalidity of the Cohen '349 Patent and motion for a hearing under 35 U.S.C. § 256 to add Mary Lewis as a co-inventor to the '350 Patent; discussions with Gary Brenner, Esq. ███████████████████████ to each motion ███████████████████████████████████████████ preparing for collaborating witnesses for both Mr. Harris Cohen and Robert Oroumieh; ████████████████████████████████████████ and review of the depositions of Jacque Morovati; Karen Cohen, Robert Heintz and the depositions and trial transcripts of Robert Oroumieh, Mary Lewis and Cindy Brosnan in preparation of the hearing and receipt of the belated reply brief from Amity and discussions with Gary Brenner, Esq. ████████████████████████████████████ ████████ and trip to Los Angeles, California to appear before

Mr. Harris Cohen
November 17, 2008
Page Two


Judge Wu to argue the motions and participate in an evidentiary
hearing and receipt, review and discussions as to the tentative
ruling of Judge Wu and discussions regarding the further
proceedings in the case and e-mails and telephone conversations
regarding various aspects of the case and return to Washington,
D.C. and review of the Cohen '349 Patent and the Oroumieh '350
Patent and the Markman briefs and discussions with Gary Brenner,
Esq. ███████████████████████████████████████████████████████
████████████████████████████████ and e-mails and discussions re
same.

|  |  |  |
|---|---|---|
| Legal Fees And Disbursements | 61.5 hr @ $250.00 | $15,375.00 |
| Miscellaneous Out Of Pocket Expenses |  | $   786.50 |
|  |  | $16,161.50 |
| Previous Balance |  | $54,743.59 |
|  |  | $70,905.09 |

Total Due   $70,905.09

**BRENEMAN & GEORGES**
ATTORNEYS AND COUNSELORS AT LAW
3150 COMMONWEALTH AVENUE
ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8000
TELECOPIER: (703) 683-8000

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

November 17, 2008

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126


    Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation


Dear Mr. Cohen:

    Enclosed is a copy of the Statement of Account for services in October, 2008 which included the last trip to Los Angeles.

    The expenses listed do not include the $100.00 American Airlines baggage fees charged to my American Express account. Hopefully this charge can be revoked as noted in my November 17, 2008 letter to Mrs. Karen Cohen.

    Always our Best.

        Very truly yours,

        BRENEMAN & GEORGES

        William D. Breneman

Enclosure

**BRENEMAN & GEORGES**

ATTORNEYS AND COUNSELORS AT LAW

3150 COMMONWEALTH AVENUE

ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 883-8006

TELECOPIER: (703) 883-8009

PATENT, TRADEMARK AND COPYRIGHT

LAW AND RELATED

LITIGATION AND LICENSING

December 19, 2008

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation

## STATEMENT OF ACCOUNT

To services in November, 2008 including checking the status
of the petition filed in the United States Patent and Trademark
Office by Amity to add Mary Lewis as an inventor and
MarketQuest's petition to expunge the Assignment; telephone
conference call with Judge Wu on the Amity litigation to schedule
a Markman hearing on December 2, 2008, correspondence and e-mails
on various matters and beginning preparation for the Markman
hearing including travel arrangements for the Markman hearing;
follow-up conference call with Judge Wu's clerk for rescheduling
the Markman hearing and providing alternative dates in December
and correspondence and discussions regarding Fred Douglas'
availability in December, 2008 and not agreeing to Fred Douglas'
date in December and correspondence and discussions re same.

| | | |
|---|---|---|
| Legal Fees And Disbursements 18.75 hr @ $250.00 | $ 4,687.50 |
| Miscellaneous Out Of Pocket Expenses | $ 181.25 |
| | $ 4,868.75 |
| Previous Balance | $70,905.09 |
| | $75,773.84 |

Total Due  $75,773.84

. BRENEMAN & GEORGES

ATTORNEYS AND COUNSELORS AT LAW

3150 COMMONWEALTH AVENUE

ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8006

TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT

LAW AND RELATED

LITIGATION AND LICENSING

January 12, 2009

Mr. Harris Cohen
**ALL-IN-ONE** .
9600 Kearny Villa Road
San Diego, CA 92126

Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation

## STATEMENT OF ACCOUNT

Payment of $10,000 received...THANK YOU!

To services in December, 2008 including work on scheduling issues for a January, 2009 Markman and Inventorship Hearing as required by the Court and advising Gary Brenner, Esq. that due to the inauguration activities in Washington, D.C. the additional dates in January, 2009 selected by Fred Douglas, Esq. were unacceptable due to anticipated problems with travel and selecting January 29, 2009 for the Markman and Inventorship Hearing; receipt and review of the Order of the Court scheduling a Markman and Inventorship Hearing for January 29, 2009 and consideration of issues pertaining to the status of the assignment and inventorship issues presented to the United States Patent and Trademark Office.

| | | |
|---|---|---|
| Legal Fees And Disbursements | 3.25 hr @ $250.00 | $ 812.50 |
| Baggage Fee | | $ 100.00 |
| Miscellaneous Out Of Pocket Expenses | | $  11.50 |
| | | $ 924.00 |
| Previous Balance | | $65,773.84 |
| | | $66,697.84 |

Total Due  $66,697.84

**BRENEMAN & GEORGES**

ATTORNEYS AND COUNSELORS AT LAW

3150 COMMONWEALTH AVENUE

ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8008

TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT

LAW AND RELATED

LITIGATION AND LICENSING

February 17, 2009

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

      Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation

### STATEMENT OF ACCOUNT

Payment of $10,000 (check no. 029846) received...THANK YOU!

      To services in January, 2009 including telephone discussions and e-mails regarding the Markman Hearing and Orders of Judge Wu and requesting transcripts of Hearings in which Judge Wu indicated the Oroumieh '350 Patent was invalid for failing to include Mary Lewis as an inventor, consideration of issues

             ; preparation of documents and Exhibits for introduction during the Inventorship and Markman Hearing scheduled for January 29, 2009 and preparation for the Inventorship and Markman Hearing as scheduled in a Scheduling Order by Judge Wu and trip to California and meeting with Gary Brenner, Esq. to discuss

            and attendance at the Hearing in which Judge Wu only considered Markman Claim Construction Issues and arguing the Markman Claim Construction

Mr. Harris Cohen
February 17, 2009
Page Two


Issues and having Judge Wu require a further Briefing on the
Markman Claim Construction Issues as well as the Judge requiring
and scheduling a further Markman Hearing for February 19, 2009
and return to Washington, D.C.

| | |
|---|---|
| Legal Fees And Disbursements  48.75 hr @ $250.00 | $12,187.50 |
| Kyoto Gardens Hotel | $    212.00 |
| Miscellaneous Out Of Pocket Expenses | $    308.95 |
| | $12,708.45 |
| Previous Balance | $56,697.84 |
| | $69,406.29 |

Total Due   $69,406.29

**BRENEMAN & GEORGES**
ATTORNEYS AND COUNSELORS AT LAW
3150 COMMONWEALTH AVENUE
ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8006
TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

March 23, 2009

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

  Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation

### STATEMENT OF ACCOUNT

  Payment of $10,000 (check no. 029955) received...THANK YOU!

  To services in February, 2009 including receipt and review of Amity's Supplemental Markman Brief and review of cited cases and obtaining copies of cited cases from LEXIS NEXIS and begin working on our brief including further research on LEXIS NEXIS and preparation and transmittal of Defendants' Brief in Response to Amity's Supplemental Markman Brief and assembling exhibits for inclusion with the brief and telephone discussions with Gary Brenner, Esq. ████████████ work on the preparation of a further Table of Disputed Claim Constructions as required by Judge Wu and work with Fred Douglas, Esq. to prepare the Table of Disputed Claim Constructions including an agreed joint statement and e-mails and discussions with Fred Douglas, Esq. re same and being unable to work with him to complete the joint statement and preparation of Defendants' Statement Regarding the Joint Construction Chart of Disputed Claims and preparation of the Declaration of Attorney William D. Breneman in support of Defendants' Statement Regarding the Joint Construction Chart of Disputed Claims and trip to California to argue the Markman issues on February 19, 2009 and

payment of American Airlines extra bag fees and return to
Washington, D.C. and work with Gary Brenner, Esq.

█████████████████████████████████████████████████

██████████████████████████████████████ and

correspondence, e-mails and telephone calls re same.

| | | |
|---|---|---|
| Legal Fees And Disbursements 56.25 hr @ $250.00 | $14,062.50 |
| Payment Of American Airlines Bag Fees | $ 80.00 |
| Payment Of Kyoto Gardens Hotel | $ 243.39 |
| Miscellaneous Out Of Pocket Expenses Travel | $ 291.78 |
| Miscellaneous Out Of Pocket Expenses | $ 335.25 |
| | $15,012.92 |
| | $59,406.29 |
| | $74,419.21 |

Total Due   $74,419.21

. **BRENEMAN & GEORGES**
ATTORNEYS AND COUNSELORS AT LAW
3150 COMMONWEALTH AVENUE
ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8006
TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

April 23, 2009

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

    Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation

## STATEMENT OF ACCOUNT

    Payment of $10,000 (check no. 030051) received...THANK YOU!

    To services in March, 2009 including telephone conferences
on meet and confer issues raised by Fred Douglas, Esq. and
preparation for the meet and confer conference and appearance by
telephone for status conference in Federal District Court in
California on March 12, 2009 before Judge Wu on the motion for
clarification on issues that are open or need to be decided by
the Court; receipt of Amity's Notice of Motion and Motion for
Summary Judgment of Invalidity of the Cohen '349 Patent and
checking on status of various petitions filed by the parties in
the USPTO and review of issues pertaining to partial summary
judgment in favor of MarketQuest in view of the Markman hearing
and receipt, review and consideration of various issues raised by
Amity's Motion for Summary Judgment of Invalidity of Cohen U.S.
Patent 7,066,349 and the issues raised and potential responses
and legal research on various issues raised by Amity's motion and
e-mails and discussions with Gary Brenner, Esq., Doug Frymer,
Esq. and Fred Douglas, Esq. regarding various issues arising in
the litigation including proposed scheduling orders, discovery
and briefing schedules for the motions for summary judgment.

| Legal Fees And Disbursements | 29.25 hr @ $250.00 | $ 7,312.50 |
|---|---|---|
| Miscellaneous Out Of Pocket Expenses | | $   229.10 |
| | | $ 7,541.60 |
| Previous Balance | | $64,419.21 |
| | | $71,960.81 |

Total Due   $71,960.81   -

. **BRENEMAN & GEORGES**

ATTORNEYS AND COUNSELORS AT LAW

3150 COMMONWEALTH AVENUE

ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8006

TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT

LAW AND RELATED

LITIGATION AND LICENSING

May 19, 2009

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation

### STATEMENT OF ACCOUNT

Payment of $10,000 (check no. 030152) received...THANK YOU!


To services in April, 2009 including e-mails regarding meet
and confer obligations for Market Quest's and Amity's motions for
summary judgment and providing available times and dates by e-
mail for a telephone conference; review of proposed scheduling
Orders and materials from Fred Douglas, Esq. and telephone
conference with Mr. Harris Cohen regarding developments in the
case and work on a response to Amity's notice of issuance of a
certificate of correction by the United States Patent and
Trademark Office to advise the Court of the April 7, 2009
Decision of the Office of Petitions not to revoke the Power of
Attorney of Boniard Brown, Esq. and work on preparing a briefing
schedule for the motions for summary judgment; work on the
preparation of MarketQuest's motion for partial summary judgment
and requesting court transcripts and Markman hearings to complete
the motion for summary judgment and legal research on motions for
partial summary judgment and redrafting a response to Amity's
filing a certificate of correction based on the April 7, 2009
Decision of the Office of Petitions and preparation for the April
16, 2009 status conference and attendance of the April 16, 2009
status conference by telephone before Judge Wu and checking the
USPTO website regarding ownership, title and certificate of
correction and discussions regarding scheduling the case for
trial; further work on MarketQuest's partial motion for summary

judgment and setting a schedule for responding to Amity's Motion
for Summary Judgment as well as MarketQuest's Motion for Partial
Summary Judgment response dates and reply dates to confirm the
May 18, 2009 hearing date and completion of work on MarketQuest's
Notice of Motion, Motion and Memorandum in support of the Motion
for partial summary judgment, statement of facts and conclusions
of law and legal research on the effective date of a certificate
of correction and preparation and filing a Petition to Expunge
the Certificate of Correction of the Oroumieh '350 Patent and
payment of the U.S. Patent Office fees for filing the petition
and e-mails, telephone calls and discussions re same.

| | | |
|---|---|---|
| Legal Fees And Disbursements  85.75 hr @ $250.00 | $21,437.50 |
| Payment Of U.S. Patent Office Fees | $    400.00 |
| Miscellaneous Out Of Pocket Expenses | $    487.45 |
| | $22,324.95 |
| Previous Balance | $61,960.81 |
| | $84,285.76 |

Total Due   $84,285.76

**BRENEMAN & GEORGES**

ATTORNEYS AND COUNSELORS AT LAW

3150 COMMONWEALTH AVENUE

ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 883-8008
TELECOPIER: (703) 883-8009

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

June 29, 2009

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

      Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation

## STATEMENT OF ACCOUNT

      To services in May, 2009 including review of Amity's renewed
motion for summary judgment of the invalidity of the Cohen '350
Patent and considering ▮

▮ and legal research and preparation of a substantive response
to Amity's motion for summary judgment based on a covenant not to
sue and conference call with Gary Brenner, Esq. and ▮

▮                                             completion of work on
the covenant not to sue and Defendants' Memorandum in Opposition
to Amity's Motion for Summary Judgment of Invalidity and
Unenforceability of U.S. Patent No. 7,066,349 and Defendants'
Cross Motion for Dismissal Under Rule 12 (b)(1) or 12(b)(6) F.R.
Civ. P.; receipt and review of Plaintiff Amity's Memorandum in
Opposition to Defendants' Motion for Summary Judgment of
Invalidity of Independent Claims (sic) 6 and Dependent Claims 7-
10 and 14 and Amity's Notice of Motion and Motion to Strike
Defendants' Motion for Summary Judgment of Invalidity of

Independent Claims (sic) 6 and Dependent Claims 7-10 and 14 and
review of proposed orders and notices from the U.S. Federal
District Court regarding filings and preparation of Defendants'
Reply to Amity's Opposition to Defendants' Motion for Summary
Judgment of Invalidity of Independent Claims (sic) 6 and
Dependent Claims 7-10 and 14 and discussions with Gary Brenner,
Esq. ████████████████████████████████████████████████████
███████████████████████████████ and preparation of
Defendants' Notice of Filing in the U.S. Patent and Trademark
Office; receipt and review of Plaintiff's Reply to Defendants'
Opposition to Motion for Summary Judgment of Invalidity of U.S.
Patent No. 7,066,349 Under 35 U.S.C. § 102(b) And
Unenforceability and Amity's [Proposed] Order Making Findings of
Fact And Conclusions of Law on Plaintiff's Motion for Summary
Adjudication of Invalidity and Unenforceability of U.S. Patent
No. 7,066,349 and trip to Los Angeles to argue Defendants' Motion
for partial summary judgment and to argue against Amity's motion
for summary judgment of invalidity of the Cohen '349 Patent and
return to Washington, D.C. and checking Fred Douglas statements
to the USPTO and work on the Court required Defendants'
Supplemental Brief on the Covenant Not To Sue And in Support of
the Motion For Dismissal of Amity's Declaratory Judgment Action
of Invalidity of U.S. Patent No. 7,066,349 and discussions
regarding prior art and previous toothpick dispensers and having
a prior art search conducted at the USPTO by Carroll B. Dority
Patent Agent and retired Patent Examiner and e-mails and
telephone discussions regarding various matters arising in the
course of the litigation.

| | | |
|---|---|---|
| Legal Fees And Disbursements 104.75 hr @ $250.00 | $26,187.50 | |
| Miscellaneous Out Of Pocket Expenses | $ 322.82 | |
| Hotel | $ 175.89 | |
| Payment Of Patent Agent's Search Fees | $ 750.00 | |
| Miscellaneous Out Of Pocket Expenses Copies | $ 260.90 | |
| | $27,697.11 | |
| Previous Balance | $84,285.76 | |
| | $111,982.87 | |

Total Due  $111,982.87

. BRENEMAN & GEORGES
ATTORNEYS AND COUNSELORS AT LAW
3150 COMMONWEALTH AVENUE
ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8006
TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

July 22, 2009

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

   Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation

### STATEMENT OF ACCOUNT

  To services in June, 2009 including receipt and review of
the Order by Judge Wu providing leave for MarketQuest, et al
defendants to file their brief on May 29, 2009 and receipt,
review and analysis of Plaintiff's Response to the original
Covenant Not To Sue and review of cited cases and e-mails and
discussions re possible sale of Lanex and their potential rights
in the Oroumieh '350 Patent and work on listing prior art
required by Court Order for a disclosure of invalidity and
unenforceability contentions and review of the results of the
prior art search by former Patent Examiner and searcher Carroll
Dority relevant to the Oroumieh '350 Patent ▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ conducting an
in-house computer prior art search and preparing for a telephone
conference hearing before Judge Wu and participating in the
hearing on motions before Judge Wu and reviewing the tentative
decision as well as having Judge Wu require the parties to file
further briefs and work on further brief including analysis of
the claims of the '349 and '350 Patents to explain why the U.S.
Patent Office may not have declared an interference between the
'349 and '350 Patents and preparation and transmittal of an
Amended Covenant Not To Sue and legal research for the brief and
preparation and transmittal of Defendants' Supplemental Brief
Pursuant to Docket No. 194 and preparation and transmittal of
Defendants' Disclosure of Invalidity and Unenforceability
Contentions and work with Gary Brenner, Esq. to provide exhibits

and materials to complete the filings and discussions with Gary
Brenner, Esq. █████████████████████████████████████████
███████████ and receipt and review of "Plaintiff's Invalidity
and Unenforceability Contentions Regarding U.S. Patent No.
7,066,349 Allegedly Owned by Harris Cohen" and "Plaintiff's
Response to Defendants' Supplemental Brief" and correspondence
and discussions re same.

| | | |
|---|---|---|
| Legal Fees And Disbursements | 72.50 hr @ $250.00 | $18,125.00 |
| Miscellaneous Out Of Pocket Expenses | | $ 286.10 |
| | | $18,411.10 |
| Previous Balance | | $111,982.87 |
| | | $130,393.97 |

Total Due   $130,393.97

## BRENEMAN & GEORGES

ATTORNEYS AND COUNSELORS AT LAW
3150 COMMONWEALTH AVENUE
ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8006
TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

August 6, 2009

Mr. Harris Cohen
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation

### STATEMENT OF ACCOUNT

Payment of $10,000 received...THANK YOU!
Payment of $930.00 received...THANK YOU! *

To services in July, 2009 including work on preparing for
hearing on the Covenant Not To Sue and review of Amity's briefs
pertaining to the Amended Covenant Not To Sue and reviewing cited
cases and discussions with Gary Brenner, Esq. █████████████████
███████████████████████████████████and telephone
discussion with Judge Wu's Clerk and receiving a tentative
decision and attending the July 9, 2009 Court hearing by
telephone and further discussion regarding the Amended Covenant
Not To Sue and issues of a potential further amendment of the
covenant to cover UCC and customers demanded by Amity and
receiving Judge Wu's decision to further continue the hearing to
August 16, 2009 to allow Amity to file further briefs on the
issue and receipt and review of Amity's Motion and Memorandum for
Leave to file Supplemental Brief and review of the Plaintiff's
Supplemental Brief and again preparing for the hearing in
California and conducting follow-up legal research on patent
exhaustion and discussions with Gary Brenner, Esq. ████████████
████████████ and attending the hearing by telephone and e-mails and

* Payments of 3 checks for $130.00, $400.00 and $400.00 received from the Department of the
Treasury payable to Breneman & Georges for refund of petition fees from the U.S. Patent and
Trademark Office applied to the account as per July 27, 2009 letter.

discussions with Gary Brenner, Esq. ██████████████████████
████████████████████████████████████ and review of the
deposition of Robert Heintz for inclusion in Pretrial disclosure
issues as well as preparation of subject matter jurisdiction
issues for potential dispositive motions and e-mails regarding
███████████████████████████████████████ and trial preparation
materials and correspondence and discussions re same.

```
Legal Fees And Disbursements    37.25 hr @ $250.00    $ 9,312.50
Miscellaneous Out Of Pocket Expenses                  $    210.40
                                                      $ 9,522.90
Previous Balance                                      $119,463.97
                                                      $128,986.87
```

Total Due   $128,986.87

. BRENEMAN & GEORGES

ATTORNEYS AND COUNSELORS AT LAW

3150 COMMONWEALTH AVENUE

ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8006

TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

September 21, 2009

Mr. Harris Cohen
President and CEO
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126


Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation


### STATEMENT OF ACCOUNT

Payment of $10,000.00 (check no. 030465) received...THANK YOU!

To services in August, 2009 including review of Amity's
motion for a preliminary injunction including cited legal
authorities and exhibits supporting their motion for a
preliminary injunction to stop MarketQuest, et al. Defendants
from infringing the Oroumieh '350 Patent; legal research on all
aspects of Amity's motion for preliminary injunction including
the effect a preliminary injunction would have on ceasing
production of the dual dispenser including the "PICK & MINT"
trademarks ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
trademarks; e-mails and telephone discussions with Gary Brenner,
Esq. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; discussions and work
on pretrial materials and conference calls with Tim Midgley,
Esq., Fred Douglas, Esq. and Gary Brenner, Esq. regarding meet
and confer and pretrial issues and discussions regarding the
deadline and basis for various motions in limine; work on jury
instructions on the patent aspects of the case and e-mails to
Fred Douglas and Gary Brenner, Esq. and work on our motion in
limine to limit damages due to the failure of the Oroumieh/Lewis
Assignment to Amity to provide for past damages and work on
contentions of fact and law and statement of claims and defenses
as required by Local Rules and Judge Wu's Standing Order; work on
and completing MarketQuest, et al.'s Opposition to Amity's motion

for a preliminary injunction; review of the reply brief filed by
Amity to support their motion for a preliminary injunction and
review of cited cases and work on a reply brief to Amity's
opposition to MarketQuest's motion in limine to limit damages
with a nunc pro tunc assignment and work on patent issues for the
[Proposed] Final Pretrial Conference Order and Standing Orders of
Judge Wu; telephone discussions and meet and confer conferences
with Tim Midgley, Esq. and Gary Brenner, Esq. and telephone
discussions regarding Amity's ten motions in limine and how the
work was to be divided on patent and trademark issues;
███████████████████████████████████████████ and review of e-mails
and participating in a telephone conference regarding to
modifications of the [Proposed] final pretrial order and review
of court filings and work on and completion of a Reply Memorandum
to Amity's Opposition and Amended Opposition to limit damages and
preparing for the 8/27/09 Court Hearing in California and
participation in the hearing by telephone and begin work on a
Motion for Summary Judgment invalidity of the Certificate of
Correction obtained by Amity for failure to file an inventor's
oath and work on Opposition to Amity's motion to invalidate
MarketQuest's U.S. Trademark Nos. 3,424,886 and 2,941,378 and
transmittal of the draft Opposition to Gary Brenner, Esq. and
work on completing the opposition to Amity's motion to invalidate
MarketQuest's trademarks and telephone discussions and telephone
conference with███████████████████████████████████████████
███████████████████████████████████████ and work with Gary
Brenner, Esq. in supplying exhibits and filing same and telephone
discussions and e-mails re same.

| | | |
|---|---|---|
| Legal Fees And Disbursements   226.25 hr @ $250.00 | | $56,562.50 |
| Miscellaneous Out Of Pocket Expenses | | $ 1,012.26 |
| | | $57,574.76 |
| Previous Balance | | $118,986.87 |
| | | $176,561.63 |

Total Due  $176,561.63

**BRENEMAN & GEORGES**

ATTORNEYS AND COUNSELORS AT LAW

3150 COMMONWEALTH AVENUE

ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8008

TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT

LAW AND RELATED

LITIGATION AND LICENSING

November 5, 2009

Mr. Harris Cohen
President and CEO
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation

### STATEMENT OF ACCOUNT

Payment of $10,000 (check 030567) received...THANK YOU!

To services in September, 2009 including legal research on the requirements of an oath to obtain a certificate of correction of a patent under 35 U.S.C. § 256 and 37 C.F.R. 1.324 and work on a motion for summary judgment for Amity's failure to file an Oath of Mary Lewis before it obtained a certificate of correction from the PTO and work on 2 page memorandum required by Judge Wu on why the '349 Patent should not be in the litigation; continued work on Defendants' motion for summary judgment based on an invalid certificate of correction based on the *ultra vires* act of the PTO in granting a certificate of correction based on the PTO finding no deceptive intent; and work on a motion for summary judgment on lack of standing; preparation for September 24, 2009 pretrial conference on motions in limine and attending the 9/24/09 pretrial conference by telephone and arguing motions in limine; further review of prior art to supplement notice of patent references under 35 U.S.C. § 282 and work on response to Amity's renewed motion in limine for an order holding U.S. Trademark Reg. No. 2,941,378 and 3,424,886 invalid and preparation and transmittal of a one page report required by Judge Wu on outstanding issues and e-mails and telephone calls and discussions with Gary Brenner, Esq. re same.

| | | |
|---|---|---|
| Legal Fees And Disbursements | 178.25 hr @ $250.00 | $44,562.50 |
| Miscellaneous Out Of Pocket Expenses | | $   593.80 |
| | | $45,156.30 |
| Previous Balance | | $166,561.63 |
| | | $211,717.93 |
| Total Due | $211,717.93 | |

**BRENEMAN & GEORGES**

ATTORNEYS AND COUNSELORS AT LAW

3150 COMMONWEALTH AVENUE

ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8008
TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

November 30, 2009

Mr. Harris Cohen
President and CEO
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

          Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation

## STATEMENT OF ACCOUNT

          Payment of $10,000 (check 030682) received...THANK YOU!

          To services in October, 2009 including completion of work on
MarketQuest's opposition to Amity's motion for summary judgment
of invalidity of MarketQuest's PICK & MINT and PICK & MINT and
logo Trademark Reg. Nos. 3,424,886 and 2,941,378 and completion
of work on 2-page statement of remaining issues required by Judge
Wu and preparation for a court status conference on pending
motions in limine and attending status conference on pending
motions in limine and attending status conference by telephone
and begin work on trial preparation and review of depositions for
patent damages and work on preparation of issues and testimony of
Harris Cohen and preparation and attending the October 19, 2009
status conference and work on a further report for the Court on
outstanding issues for a further Court ordered hearing for
October 22, 2009 and attending the October 22, 2009 hearing by
telephone and e-mails and discussions re travel to San Diego and
then to Los Angeles for trial and having the Court reschedule

trial for March, 2010 due to the number of outstanding issues
involved including our motions in limine and issues of standing
and nunc pro tunc filings by Amity as well as rescheduling a
response to Amity's repeated motion for summary judgment of
invalidity of the Cohen '349 patent and having the Court deny
Amity's motion for summary judgment of invalidity of the Pick &
Mint Trademark Registration Nos. 3,424,886 and 2,941,378 and
having the Court grant further consideration of MarketQuest's
motion on standing without imposing sanctions and e-mails and
telephone conversations re same.

| Legal Fees And Disbursements 71.75 hr.@ $250.00 | $17,937.50 |
|---|---|
| Miscellaneous Out Of Pocket Expenses | $ 203.32 |
| | $18,140.82 |
| Previous Balance | $201,717.93 |
| | $219,858.75 |

Total Due  $219,858.75

.BRENEMAN & GEORGES
ATTORNEYS AND COUNSELORS AT LAW
3150 COMMONWEALTH AVENUE
ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8006
TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

January 11, 2010

Mr. Harris Cohen
President and CEO
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126


     Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation

<u>**STATEMENT OF ACCOUNT**</u>

     To services in November, 2009 including work on Defendants' motion to reconsider standing and jurisdiction and preparation of findings of fact and conclusions of law with a proposed order and exhibits in support of the motion and working with Gary Brenner, Esq. to complete and file the motion for summary judgment; Receipt, review and work on Amity's renewed motion for summary judgment of invalidity of the '349 Patent and preparation and transmittal of a Declaration of Harris Cohen for an Opposition to Amity's motion for summary judgment of invalidity of the Cohen '349 Patent; receipt, review and comparison of Amity's Motion for Summary Judgment of Invalidity of the '349 Patent with Amity's amended motion for Summary Judgment of Invalidity of the '349 Patent and review of Amity's statement of uncontested facts and conclusions of law and work on brief in opposition to Amity's motion for summary judgment of invalidity of the '349 Patent and preparation of exhibits and materials in opposition and work with Gary Brenner, Esq. in completing work and filing MarketQuest, et al.'s Opposition to Amity's motion for summary judgment of invalidity of the Cohen '349 Patent and receipt and review of Amity's opposition to MarketQuest's motion for reconsideration of jurisdiction and standing and e-mails and telephone conversations re same.

| | |
|---|---|
| Legal Fees And Disbursements 86.75 hr.@ $250.00 | $21,687.50 |
| Miscellaneous Out Of Pocket Expenses | <u>$   313.60</u> |
| | $22,001.10 |
| Previous Balance | <u>$219,858.75</u> |
| | $241,859.85 |


Total Due  $241,859.85

. **BRENEMAN & GEORGES**

ATTORNEYS AND COUNSELORS AT LAW

3150 COMMONWEALTH AVENUE

ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8006

TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

January 26, 2010

Mr. Harris Cohen
President and CEO
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation

### STATEMENT OF ACCOUNT

Payment of $10,000.00 (check no. 030810) received...THANK YOU!

To services in December, 2009 including work on a reply brief in response to Amity's opposition to our motion for reconsideration and partial summary judgment on standing and jurisdiction and discussions with Gary Brenner, Esq.

completion of work on reply brief on issues of standing and the Certificate of Correction and the retroactive assignment(s) efforts by Amity and work with Gary Brenner, Esq on amending the reply brief; receipt and review of materials filed by Fred Douglas, Esq. and preparation and participating by telephone in a Hearing on all pending motions on 12/17/09 and receipt and review of a tentative Order along with having the Hearing continued until 12/18/09 and preparation for the Hearing on 12/18/09 and receipt of a further tentative decision and participation in a further Hearing on motions involving standing and jurisdiction and receipt and review of a further tentative decision by the Court and receiving a further Order of the Court requiring a further statement of facts in opposition to Amity's motion for summary judgment of invalidity of the '349 Patent and requiring Amity to file a further response to MarketQuest's statement of facts and conclusions of law and setting briefing and trial schedule and e-mails and telephone discussions re same.

| | |
|---|---|
| Legal Fees And Disbursements 63.5 hr.@ $250.00 | $15,875.00 |
| Miscellaneous Out Of Pocket Expenses | $    245.32 |
| | $16,120.32 |
| Previous Balance | $231,859.85 |
| | $247,980.17 |

Total Due  $247,980.17

**BRENEMAN & GEORGES**
ATTORNEYS AND COUNSELORS AT LAW
3150 COMMONWEALTH AVENUE
ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8006
TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

March 3, 2010

Mr. Harris Cohen
President and CEO
**ALL-IN-ONE**
9650 Kearny Villa Road
San Diego, CA 92126

Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation

## STATEMENT OF ACCOUNT

To services in January, 2010 including review of e-mails and motions pertaining to compelling production of documents and discussions with Gary Brenner, Esq. regarding ████████ ████████████████████████████ and preparation of a statement of Facts in opposition to Amity's motion for Summary Judgment and work with Gary Brenner, Esq. to complete the filing of MarketQuest's Opposition to Plaintiff's Motion for Summary Judgment; telephone conference call with Gary Brenner, Esq. and Fred Douglas, Esq. regarding meet and confer requirements and additional motions Amity wants to file; review of Amity's motion for leave to file Plaintiff's reply late and receipt and review of discovery motions filed by Amity and MarketQuest and preparation for the January 21, 2010 hearing on Amity's motion for summary judgment and attorneys' fees as well as motions in limine; receipt of a tentative Order and receipt and review of billing of Frederick Douglas and Timothy Midgley for attorneys' fees and review of cases cited in Amity's briefs and e-mails and telephone calls re same.

| | | |
|---|---|---|
| Legal Fees And Disbursements 56.25 hr.@ $250.00 | $14,062.50 | |
| Miscellaneous Out Of Pocket Expenses | $    205.68 | |
| | $14,268.18 | |
| Previous Balance | $247,980.17 | |
| | $262,248.35 | |

Total Due   $262,248.35

**BRENEMAN & GEORGES**
ATTORNEYS AND COUNSELORS AT LAW
3150 COMMONWEALTH AVENUE
ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 685-8006
TELECOPIER: (703) 685-8009

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

March 22, 2010

Mr. Harris Cohen
President and CEO
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

      Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation

### STATEMENT OF ACCOUNT

      To services in February, 2010 including e-mails to Gary Brenner, Esq. ███████████████████████████████████████████████████████████████████████████████████████████████████████ preparing for telephone conference with the Court for the February 11, 2010 hearing and attending the hearing by telephone and receipt of the Court's tentative ruling and receiving notice the Court would continue the hearing to February 25, 2010 and request additional briefs; receipt and review of e-mails and correspondence from Fred Douglas and work with Gary Brenner, Esq. to supplement discovery by listing prior art previously disclosed to Amity pursuant to 35 U.S.C. § 282; ████ work on materials needed for trial and attending the February 25, 2010 Pretrial Conference by telephone and receipt and review of additional cases cited by Amity and having the trial postponed to April 13, 2010 and e-mails and telephone discussions regarding Judge Wu's decision to hold the '349 Patent invalid for violation of the one year on sale statutory bar without considering the differences in the claimed subject matter and without further reasons for holding the '349 Patent invalid and having Judge Wu delay issuing an order of invalidity and e-mails and discussions re same.

| | | |
|---|---|---|
| Legal Fees And Disbursements 39.25 hr.@ $250.00 | $ 9,812.50 |
| Miscellaneous Out Of Pocket Expenses | $ 291.67 |
| | $10,104.17 |
| Previous Balance | $262,248.35 |
| | $272,352.52 |

        Total Due  $272,352.52

### BRENEMAN & GEORGES

ATTORNEYS AND COUNSELORS AT LAW

3150 COMMONWEALTH AVENUE

ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8006

TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT

LAW AND RELATED

LITIGATION AND LICENSING

April 20, 2010

Mr. Harris Cohen
President and CEO
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation

### STATEMENT OF ACCOUNT

Payment of $10,000 (check no. 030942) and
$10,000 (check no. 031003) received...THANK YOU!

To services in March, 2010 including satisfying meet and
confer issues regarding John Pratt and his deposition and
potential issues that would be covered in his deposition and
scheduling a trial as well as reviewing Amity's e-mails regarding
expert witness discovery; receipt, review and consideration of
Judge Wu's Order regarding attorneys' fees and motions in limine
and summary judgment of invalidity of the '349 Patent and
███████████████████████████████████████████████████████
████████████████████████████████████ to exclude testimony of
Robert Oroumieh due to his inability to previously construe the
claims of the '350 Patent as well as presenting evidence the '349
Patent is valid, since the claimed subject matter of the '349
Patent was not on sale; preparation for and attending the March
11, 2010 Pretrial Conference by telephone; receipt and review of
Amity's First Amended Complaint adding antitrust claims, sham
litigation claims and pleading fraud on the U.S. Patent Office
claims; receipt and review of Amity's Notice under 35 U.S.C. §
282 and discussions with Gary Brenner, Esq. ████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

█████████████████████████████████████████

; e-mails to Gary Brenner, Esq. regarding Amity's discovery requests and devices outside the scope of Amity's discovery requests and ████████████████████

██████████████████████████████████████████████

and further work on trial preparation including further work on Court Bench Briefs to submit to the Court on various issues expected at trial including the absence of an expert witness by Amity to prove infringement in view of Robert Oroumieh's inabilty to interpret the claims of his '350 Patent ████████████████

e-mails to Fred Douglas, Esq. in view of Gary Brenner, Esq.'s absence and requesting Fred Douglas prepare the proposed order required by Judge Wu to prevent the time for filing a Notice of Appeal from expiring or having to file a Notice of Appeal in the Federal Circuit to reverse Judge Wu's decision the '349 Patent was invalid in violation of the "on sale" statutory bar and being requested to prepare an Opposition to Amity's motion to file their First Amended Complaint and preparation and transmittal of the first draft of Defendants' Opposition to Plaintiff's Motion To File a First Amended Complaint to Gary Brenner, Esq. and further work on the Opposition and transmittal of the second Draft of Defendants' Opposition to Plaintiff's Motion To File a First Amended Complaint to Gary Brenner, Esq. with Exhibits and receipt of a revised version by Gary Brenner, Esq. transmitted to Boyd & Turner and telephone discussions and e-mails with Julie Turner, Esq., Karen Boyd, Esq. and James Heard, Esq. regarding various aspects of the case.

| | | |
|---|---|---|
| Legal Fees And Disbursements 93.75 hr.@ $250.00 | $23,437.50 |
| Miscellaneous Out Of Pocket Expenses | $   491.45 |
| | $23,928.95 |
| Previous Balance | $252,352.52 |
| | $276,281.47 |

Total Due  $276,281.47

.BRENEMAN & GEORGES
ATTORNEYS AND COUNSELORS AT LAW
3150 COMMONWEALTH AVENUE
ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8006
TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

May 12, 2010

Mr. Harris Cohen
President and CEO
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation

### STATEMENT OF ACCOUNT

To services in April, 2010 including receipt and review of
the Court Order denying Amity's motion for leave to file a First
Amended Complaint and allowing Amity to refile its motion for
reconsideration of the summary judgment of invalidity of claim 6
of the Oroumieh '350 Patent; receipt and review of Fred Douglas'
e-mails regarding Todd Vaughn's alleged violation of the
Protective Order and research on what documents, if any, Todd
Vaughn received that would violate the Protective Order;

response to e-mails of Boyd & Turner regarding the Protective
Order and Mary Lewis' contribution as an inventor to the '350
Patent; preparation of e-mails regarding the differences between
the '349 Patent and '350 Patents, interference procedures at the
PTO and the relevance of *The Counselor* advertisement to Amity's
claim of inequitable conduct in response to a request for
information from Boyd & Turner;

████████████████████████████; e-mail to Julie
Turner, Esq. regarding new matter issues and 35 U.S.C. § 112(6)
and the means-plus-function requirements for the construction of
claim 6 of the '350 Patent and being requested to prepare a
submission to the Court on the amount of time spent on trial
preparation wasted as a result of the tactics of Robert Oroumieh
and Fred Douglas, Esq. which resulted in a mistrial and
preparation and transmittal of a draft of an Attorney Time for
Trial Preparation exhibit and a Declaration of William D.
Breneman re Attorneys' Fees ████████████████████████
████████; receipt of e-mail by Gary Brenner, Esq.
████████████████████████████████████████████.

Legal Fees And Disbursements 36.75 hr.@ $250.00  $ 9,187.50
Miscellaneous Out Of Pocket Expenses             $   475.20
                                                 $ 9,662.70
Previous Balance                                 $276,281.47
                                                 $285,944.17

                    Total Due   $285,944.17

**BRENEMAN & GEORGES**

ATTORNEYS AND COUNSELORS AT LAW

3150 COMMONWEALTH AVENUE

ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8008

TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

June 17, 2010

Mr. Harris Cohen
President and CEO
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation

### STATEMENT OF ACCOUNT

To services in May, 2010 including receipt, review and e-mail to Gary Brenner, Esq. re Oroumieh's new attorney, ███████████

Legal Fees And Disbursements        No Charge
Miscellaneous Out Of Pocket Expenses   No Charge

Total Past Due   $285,944.17

### .BRENEMAN & GEORGES

ATTORNEYS AND COUNSELORS AT LAW

3150 COMMONWEALTH AVENUE

ALEXANDRIA, VIRGINIA 22305

TELEPHONE: (703) 683-8006

TELECOPIER: (703) 683-8009

PATENT, TRADEMARK AND COPYRIGHT
LAW AND RELATED
LITIGATION AND LICENSING

July 7, 2010

Mr. Harris Cohen
President and CEO
**ALL-IN-ONE**
9600 Kearny Villa Road
San Diego, CA 92126

Re: Amity Rubberized Pen v. MarketQuest, et al. Litigation

## STATEMENT OF ACCOUNT

To services in June, 2010 including review of Declaration of Robert Oroumieh in Opposition to Defendants' Motion for Attorneys' Fees and Costs; review of notice of motion and first motion for appointment of counsel, Harrison Long and e-mail to Gary Brenner, Esq. ██████████████████████; receipt, review and telephone discussion with Gary Brenner, Esq. regarding ██████ ████████████████████████████ and receipt and review of the Court's Minutes and Order regarding attorneys' fees.

Legal Fees And Disbursements             No Charge
Miscellaneous Out Of Pocket Expenses     No Charge

Total Past Due     $285,944.17