## MarketQuest Group, Inc. Legal Fees and Costs Summary

| Firm | Expenses | Fees | Total |
|---|---|---|---|
| Turner Boyd | $8,914.25 | $215,964.00 | $224,878.25 |
| Law Offices of Todd A. Vaughn | $375.71 | $32,306.25 | $32,681.96 |
| Thomas Neches & Co.LLP | $69.95 | $16,743.75 | $16,813.70 |
| ForensisGroup/John Pratt | $4,675.00 | $19,887.50 | $24,562.50 |
| Total of Turner Boyd and Vaughn | $9,289.96 | $248,270.25 | $257,560.21 |
| Total Expert Costs | $4,744.95 | $36,631.25 | $41,376.20 |