| Turner Boyd LLP Invoice Summary | | | |
|---|---|---|---|
| Date | Costs | Fees | Total |
| 4/1/2010 | $160.00 | $66,026.00 | $66,186.00 |
| 4/21/2010 | $1,998.40 | $146,860.00 | $148,858.40 |
| 4/30/2010 | $4,275.14 | | $4,275.14 |
| 7/1/2010 | $2,480.71 | $3,078.00 | $5,558.71 |
| | $8,914.25 | $215,964.00 | $224,878.25 |