

# Invoice

2625 Middlefield Rd., #675
Palo Alto, CA  94306

| DATE | INVOICE # |
|---|---|
| 04/01/2010 | 1218 |
| TERMS | DUE DATE |
| Due on receipt | 04/01/2010 |

| BILL TO |
|---|
| Harris Cohen<br>Market Quest<br>9600 Kearny Villa Rd.<br>San Diego, CA  92126-4544 |

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| | **Charges** | | | |
| 03/30/2010 | Taxi from airport to G. Brenner office | 1 | 13.00 | 13.00 |
| 03/30/2010 | Taxi from G. Brenner office to airport | 1 | 12.00 | 12.00 |
| 03/30/2010 | J. Stewart and K. Boyd meal per diem | 2 | 20.00 | 40.00 |
| 03/31/2010 | Taxi from LAX to Downtown Los Angeles | 1 | 55.00 | 55.00 |
| 03/31/2010 | One business travel day with overnight - Julie Turner | 1 | 40.00 | 40.00 |
| | **Subtotal: Charges = $160.00** | | | |
| | | | | |
| | **Billable Time** | | | |
| 03/18/2010 | Calls and discussions re Market Quest case - Julie Turner | 1:54 | 380.00 | 722.00 |
| 03/19/2010 | Telephone conference with client and current litigation counsel re case background; strategize re case and trial with J. Turner and J. Masur - Karen Boyd | 3:18 | 380.00 | 1,254.00 |
| 03/19/2010 | Conference call re case - Julie Turner | 1:48 | 380.00 | 684.00 |
| 03/19/2010 | Research and confer with team re case background, status, theories, and strategies; teleconferences with client and team re same - Joshua Masur | 5:48 | 380.00 | 2,204.00 |
| 03/22/2010 | Research and confer with J. Turner re workflow and tasks - Joshua Masur | 0:12 | 380.00 | 76.00 |
| 03/23/2010 | Emails to team re triage and case assignments; strategize re case responsibilities; read patent and file wrapper; email to J. Masur re inventorship facts and research; meet with J. Stewart re case logistics; telephone call with G. Brenner re case assignments and strategy - Julie Turner | 4:48 | 380.00 | 1,824.00 |
| 03/23/2010 | Confer with K. Boyd re immediate action items - create Sharepoint document management site, begin downloading key Summary Judgment motions and supporting documents for team review; review local rules re pre-trial and trial actions, review team emails summarizing same; confer with J. Turner re trial site logistics, draft document outlining courtroom tasks to be completed prior to trial - Judith Stewart | 6:36 | 100.00 | 660.00 |
| 03/23/2010 | Review and analyze jury instructions; research and confer with team re factual background and legal framework - Joshua Masur | 2:48 | 380.00 | 1,064.00 |
| 03/23/2010 | Research trial requirements of judge; strategize re jury selection; analyze summary judgment ruling - Karen Boyd | 2:54 | 380.00 | 1,102.00 |
| 03/24/2010 | Coordinate team tasks; phone calls with G. Brenner - Julie Turner | 0:42 | 380.00 | 266.00 |

Continue to the next page.

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 03/24/2010 | Confer verbally and via email multiple times with Kyoto Grand Hotel re options for trial team, confer with J. Turner re same; upload depo transcripts and expert materials to Sharepoint; draft email to G. Brenner about courtroom logistics - Judith Stewart | 2:12 | 100.00 | 220.00 |
| 03/24/2010 | Review and research jury instructions and damages expert reports - Joshua Masur | 1:18 | 380.00 | 494.00 |
| 03/24/2010 | Analyze deposition transcript of Cindy Oroumieh; review pre-trial filings - Karen Boyd | 2:54 | 380.00 | 1,102.00 |
| 03/24/2010 | work on FRCP Trial Timeline - Jamie Beard | 3:30 | 150.00 | 525.00 |
| 03/25/2010 | Marital Privilege research; teleconference with partners re case background; work on timeline for federal rule requirements for trial - Jamie Beard | 2:24 | 150.00 | 360.00 |
| 03/25/2010 | Review USB drive and organize same on Sharepoint; review changes to proposed hotel contract; participate in team meeting; review pre-trial orders and calendar deadlines, create do-do task chart based upon same - Judith Stewart | 6:12 | 100.00 | 620.00 |
| 03/25/2010 | Supervise calendaring; team meeting; analyze and confer with J. Beard re proposed jury instructions - Joshua Masur | 1:24 | 380.00 | 532.00 |
| 03/25/2010 | Work on invention timeline; analyze Morovati deposition transcript; review motion to amend complaint; various trial prep - Karen Boyd | 5:30 | 380.00 | 2,090.00 |
| 03/25/2010 | Telephone call with B. Breneman; participate in team strategy meeting; coordinate various logistics for trial - Julie Turner | 3:42 | 380.00 | 1,406.00 |
| 03/26/2010 | Coordinate trial logistics; telephone call with D. Frymer; telephone call with client; read Cohen depositions - Julie Turner | 8:48 | 380.00 | 3,344.00 |
| 03/26/2010 | Continue invention timeline analysis; analyze Kenneth Jaimeson deposition transcript; file notice of appearance; arrange for ECF filing in central district; work on case strategy - Karen Boyd | 7:24 | 380.00 | 2,812.00 |
| 03/26/2010 | Jury Instruction Research - Jamie Beard | 5:54 | 150.00 | 885.00 |
| 03/26/2010 | Continue review of USB drive from G. Brenner's office, continue uploading key documents re same to Sharepoint; confer with G. Brenner's office re possibility of obtaining additional depositions, confer with court reporters re same; confer with hotel and vendor re quotes for hotel stays and equipment; confer with G. Brenner re availability of trial exhibits for review - Judith Stewart | 1:36 | 100.00 | 160.00 |
| 03/26/2010 | Analyze and confer with and supervise J. Beard re jury instructions; confer with team re case status and strategy - Joshua Masur | 2:06 | 380.00 | 798.00 |
| 03/27/2010 | Jury Instruction Research - Jamie Beard | 2:42 | 150.00 | 405.00 |
| 03/27/2010 | Review new USB drive from G. Brenner's office, upload documents to Sharepoint, review production documents and create mock trial exhibits of same; draft chart of expected witness order at trial - Judith Stewart | 1:54 | 100.00 | 190.00 |
| 03/27/2010 | Complete analysis of K. Jaimeson deposition transcript; start review of pre-trial filings - Karen Boyd | 2:12 | 380.00 | 836.00 |
| 03/27/2010 | Analyze and confer with and supervise J. Beard re jury instructions - Joshua Masur | 0:48 | 380.00 | 304.00 |
| 03/28/2010 | Jury Instructions Research - Jamie Beard | 2:54 | 150.00 | 435.00 |
| 03/28/2010 | Analyze K. Cohen deposition transcript; consult on jury instructions; work on trial strategy; continue review of pre-trial filings; start review of motions in limine - Karen Boyd | 6:42 | 380.00 | 2,546.00 |

Continue to the next page.

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 03/28/2010 | Meeting with J. Beard and K. Boyd re case theories and jury instructions; telephone call with G. Brenner; analyze Oroumieh deposition transcripts - Julie Turner | 9:36 | 380.00 | 3,648.00 |
| 03/28/2010 | Analyze and confer with and supervise J. Beard re jury instructions - Joshua Masur | 0:42 | 380.00 | 266.00 |
| 03/29/2010 | Start preparing trial notes on key points and evidence; telephone call with G. Brenner re pre-trial conference; confer with team re jury instructions; read declarations and depositions; review and revise jury instructions - Julie Turner | 10:06 | 380.00 | 3,838.00 |
| 03/29/2010 | Jury Instructions Research - Jamie Beard | 9:24 | 150.00 | 1,410.00 |
| 03/29/2010 | Supervise preparation of and edit jury instructions; research and confer with team re theories and proof; confer with opposing counsel re jury instructions and related joint filings; review case background documents - Joshua Masur | 2:42 | 380.00 | 1,026.00 |
| 03/29/2010 | Continue work with hotel to finalize trial contract; revise list of documents needed from G. Brenner and forward same; prepare for meeting with G. Brenner; create Excel version of trial exhibit list; create and populate new folders on Sharepoint - Judith Stewart | 1:48 | 100.00 | 180.00 |
| 03/29/2010 | Review 9/09 pre trial order, motions in limine; work on case strategy - Karen Boyd | 4:18 | 380.00 | 1,634.00 |
| 03/30/2010 | Travel to G. Brenner's office; review and collect documents and things for trial - Judith Stewart | 11:48 | 100.00 | 1,180.00 |
| 03/30/2010 | Trip to San Diego to meet with G. Brenner; work on case strategy; review case files; analyze minute, tentative, and final orders - Karen Boyd | 12:42 | 380.00 | 4,826.00 |
| 03/30/2010 | Telephone conference call re jury instructions; revise jury instructions; research re unfair competition law; prepare for pretrial conference - Julie Turner | 4:48 | 380.00 | 1,824.00 |
| 03/30/2010 | Jury Instructions Research - Jamie Beard | 11:18 | 150.00 | 1,695.00 |
| 03/30/2010 | Research, confer with team, co-counsel, and opposing counsel re, and finalize draft patent jury instructions and objections to same; review discovery documents; review and confer with team re draft pretrial conference order - Joshua Masur | 6:12 | 350.00 | 2,170.00 |
| 03/31/2010 | Analyze and strategize response to motion for reconsideration of invalidity ruling; analyze and strategize response to motion to amend complaint; consult on jury instructions; substantially revise draft pre-trial order - Karen Boyd | 8:18 | 380.00 | 3,154.00 |
| 03/31/2010 | Work on jury instructions; work on responses to motion in limine; work on motion for reconsideration (invalidity); - Jamie Beard | 9:06 | 150.00 | 1,365.00 |
| 03/31/2010 | Research, draft, edit, and confer with team, co-counsel, and opposing counsel re non-patent jury instructions; confer with team re motions and pretrial conference strategy - Joshua Masur | 5:12 | 380.00 | 1,976.00 |
| 03/31/2010 | Attempt to contact court re various trial-related items, download many documents from Pacer, create logical foldering system on Sharepoint and upload same for team; upload deposition transcripts, create trial exhibits from production documents; continue work with hotel on finalizing arrangements for trial team and witnesses - Judith Stewart | 8:36 | 100.00 | 860.00 |
| 03/31/2010 | Travel from San Jose to Los Angeles; read and edit proposed pre-trial order; telephone calls with F. Douglas; telephone calls with H. Cohen and G. Brenner; read and edit proposed jury instructions; prepare for pre-trial conference - Julie Turner | 13:18 | 380.00 | 5,054.00 |

Continue to the next page.

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| | **Subtotal: = $66,026.00** | | | |

| | | | | |
|---|---|---|---|---|
| Please make checks payable to Turner Boyd LLP | | | TOTAL | $66,186.00 |



2625 Middlefield Rd., #675
Palo Alto, CA 94306

# Invoice

| DATE | INVOICE # |
|---|---|
| 04/21/2010 | 1250 |
| TERMS | DUE DATE |
| negotiated paymen | 05/15/2010 |

| BILL TO |
|---|
| Harris Cohen<br>Market Quest<br>9600 Kearny Villa Rd.<br>San Diego, CA 92126-4544 |

| DATE | ACCOUNT SUMMARY | AMOUNT |
|---|---|---|
| 04/01/2010 | Balance Forward | $66,186.00 |
| 04/01/2010 | Payment received | -66,186.00 |
| 04/15/2010 | Payment received | -83,814.00 |
| | New charges (see details below) | 148,858.40 |
| | TOTAL AMOUNT DUE | $65,044.40 |

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| | **Charges** | | | |
| 04/11/2010 | RT travel from Palo Alto to Los Angeles for K. Boyd and J. Beard, supplies and documents | 640 | 0.55 | 352.00 |
| 04/15/2010 | per diem through 4/15 (JTurner 6; JStewart 6; JBeard 4; KBoyd 4; JMasur 2) | 22 | 40.00 | 880.00 |
| 04/21/2010 | Per diem 4/16-4/19 (J. Turner, 3 days; J. Stewart, 3 days; K. Boyd, 2 days; J. Beard, 2 days) | 10 | 40.00 | 400.00 |
| | **Subtotal: Charges = $1,632.00** | | | |
| | **Billable Time** | | | |
| 04/01/2010 | Prepare for pre-trial conference; participate in pre-trial conference; read deposition; emails with F. Douglas re follow-up from pre-trial conference; coordinate team around immediate tasks - Julie Turner | 9:48 | 380.00 | 3,724.00 |
| 04/01/2010 | Review depo transcripts; follow up on pre-trial conference; draft proposed order on motion to amend; meet and confer with opposing counsel re same - Karen Boyd | 4:48 | 380.00 | 1,824.00 |
| 04/01/2010 | Research and draft brief opposing motion for reconsideration; research federal preemption re unfair competition claims; prelim motion in limine research - Jamie Beard | 7:06 | 150.00 | 1,065.00 |
| 04/01/2010 | Research, negotiate with opposing counsel, and confer with team re jury instructions; confer with team re pretrial conference and case strategy - Joshua Masur | 1:12 | 380.00 | 456.00 |
| 04/01/2010 | Extensive Sharepoint document management - uploading, renaming, creating sub files; investigate printer options and review vendor proposal for same; draft emails to experts inquiring about hotel room needs - Judith Stewart | 8:12 | 100.00 | 820.00 |

Continue to the next page.

| Date | Activity | Quantity | Rate | Amount |
|------|----------|---------:|-----:|-------:|
| 04/02/2010 | Coordinate strategy on motion in limine; read deposition testimony; prepare for Groth cross-examination; create first draft of opening statement - Julie Turner | 6:36 | 380.00 | 2,508.00 |
| 04/02/2010 | Analyze Heintz, Haley, and Adams deposition transcripts; analyze and chart Amity trial exhibits received from D. Frymer; revise invention timeline with additional evidence - Karen Boyd | 4:24 | 380.00 | 1,672.00 |
| 04/02/2010 | Motion in limine re expert testimony - Jamie Beard | 5:36 | 150.00 | 840.00 |
| 04/02/2010 | Research, supervise drafting of, and edit motion to exclude expert testimony; research and confer with team re case strategy and themes; confer with G. Brenner and experts re scheduling - Joshua Masur | 1:54 | 380.00 | 722.00 |
| 04/02/2010 | Continue work on Sharepoint organization, including adding exhibits and key pleadings, re-name same as needed; revise trial exhibit list with notes; confer with J. Turner re miscellaneous pre-trial issues; contact court reporter re directions for ordering daily trial transcripts; draft email to court clerk re trial related questions and court room set-up - Judith Stewart | 6:18 | 100.00 | 630.00 |
| 04/03/2010 | Motion in limine re expert testimony research & drafting; exhibit triage - Jamie Beard | 8:42 | 150.00 | 1,305.00 |
| 04/03/2010 | Create e-versions of trial exhibits and upload same to Sharepoint.  Confer with J. Beard re assigning same to appropriate person for trial preparation.  Confer with co-counsel re obtaining missing exhibits - Judith Stewart | 4:30 | 100.00 | 450.00 |
| 04/03/2010 | Teleconference re case presentation; telephone call with client re trial; coordinate trial preparations; read motions in limine - Julie Turner | 4:48 | 380.00 | 1,824.00 |
| 04/03/2010 | Telephone conference with partners re case theme strategy; work on various motions and other follow up with opposing counsel - Karen Boyd | 2:42 | 380.00 | 1,026.00 |
| 04/03/2010 | Confer with team re case strategy and themes; prepare damages case; research and confer with team re evidence corroborating inventorship; supervise drafting of motion to exclude expert testimony; review and confer with team re proposed amended complaint - Joshua Masur | 2:36 | 350.00 | 910.00 |
| 04/04/2010 | Update case responsibilites document; draft email for Mr. Cohen re printer options at trial; draft email to team re changes in hotel stays based upon pre-trial conference outcome - Judith Stewart | 0:48 | 100.00 | 80.00 |
| 04/04/2010 | Edit opposition to motion for reconsideration; strategize re witness examinations - Karen Boyd | 1:12 | 380.00 | 456.00 |
| 04/04/2010 | Editing brief re motion to reconsider; Motion in limine re expert testimony; exhibit triage - Jamie Beard | 8:54 | 150.00 | 1,335.00 |
| 04/04/2010 | Work on motion to exclude testimony on inventorship; analyze damages expert reports; research damages experts' case history - Joshua Masur | 3:12 | 380.00 | 1,216.00 |
| 04/05/2010 | Review local rules; confer with team re trial scheduling issues; review proposal for daily court room transcripts;  review additional trial site printer options and draft email to Mr. Cohen re same; confer with hotel re change to proposed rooming schedule; document and file management of trial related items; forward exhibits to vendor for final trial exhibit preparation - Judith Stewart | 4:12 | 100.00 | 420.00 |
| 04/05/2010 | Telephone conference with R. Heintz to prepare testimony; follow up re same; draft and lodge proposed order denying plaintiff's motion to amend the complaint; various trial prep - Karen Boyd | 4:36 | 380.00 | 1,748.00 |
| 04/05/2010 | Ex parte application re expert testimony; Reduction to Practice memo; damages testimony research - Jamie Beard | 8:48 | 150.00 | 1,320.00 |
| 04/05/2010 | Coordinate various trial preparations; phone calls with client and co-counsel; review documentary evidence - Julie Turner | 6:30 | 380.00 | 2,470.00 |

Continue to the next page.

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 04/05/2010 | Work on ex parte motion re expert testimony; various trial prep - Joshua Masur | 4:48 | 380.00 | 1,824.00 |
| 04/06/2010 | Confer with G. Brenner re outstanding exhibit issues; confer with Mr. Cohen re hotel and copier needs for trial team; review trial exhibit list - try to determine which exhibits would be used with Ms. Adams and Mr. Haley; confer with court re IT set-up in court room, schedule training for same; confer with court re possibility of witness appearing via video conferencing - Judith Stewart | 4:06 | 100.00 | 410.00 |
| 04/06/2010 | Review and edit ex parte motion re expert testimony; coordinate trial logistics; telephone calls with client and co-counsel; email to opposing counsel re trial transcripts; read evidentiary hearing testimony; strategize re cross and direct examinations - Julie Turner | 7:42 | 380.00 | 2,926.00 |
| 04/06/2010 | Ex parte application re expert testimony; unfair competition claims research; damages testimony research - Jamie Beard | 7:00 | 150.00 | 1,050.00 |
| 04/06/2010 | Finalize and file opposition to motion to reconsider; finalize and file ex parte application re expert testimony; work on witness outlines - Karen Boyd | 6:06 | 380.00 | 2,318.00 |
| 04/06/2010 | Prepare and confer with team and damages expert re damages case; edit and supervise ex parte motion to bar undisclosed expert testimony; research and arrange for filing of chambers copies - Joshua Masur | 3:18 | 380.00 | 1,254.00 |
| 04/07/2010 | Work on damages strategy; work on witness outlines - Karen Boyd | 3:06 | 380.00 | 1,178.00 |
| 04/07/2010 | Teleconferences with J. Masur re jury instructions; teleconference with J. Masur re damages; analyze patent file histories; research law re best mode; review R.O. deposition to prepare for cross-examination; discuss potential trial themes for opening statements; prepare for pre-trial conference - Julie Turner | 9:18 | 380.00 | 3,534.00 |
| 04/07/2010 | Reduction to Practice memo; unfair competition jury instruction objection research - Jamie Beard | 5:12 | 150.00 | 780.00 |
| 04/07/2010 | Confer with hotel re trial site needs; review additional documents sent by G. Brenner, format and forward relevant documents to third party vendor for preparation of trial exhibit binders; work with J. Beard to create original trial exhibit stickers and affix same to original exhibits - Judith Stewart | 4:18 | 100.00 | 430.00 |
| 04/07/2010 | Confer with opposing counsel and team re jury instructions; research and conferences with team and G. Brenner re damages theories; prepare for pre-trial conference; review and confer with team re proposed juror questionnaire; confer with J. Turner re case theories and logistics - Joshua Masur | 6:06 | 380.00 | 2,318.00 |
| 04/08/2010 | Participate in pre-trial conference; prepare emails to F. Douglas re coordinating filings requested by court; telephone calls with clients re case; strategize re opening statements and case themes; review exhibits; read deposition to prepare for cross-examination - Julie Turner | 11:12 | 380.00 | 4,256.00 |
| 04/08/2010 | Telephone conference with J. Morovati; work on verdict form; review transcript of evidentiary hearing - Karen Boyd | 4:06 | 380.00 | 1,558.00 |
| 04/08/2010 | Unfair competition legal research for jury instructions; Plaintiff's trial exhibit objections - Jamie Beard | 5:30 | 150.00 | 825.00 |
| 04/08/2010 | Draft contact list for trial site members; confer with Ms. Mills re miscellaneous trial site issues - Judith Stewart | 2:42 | 100.00 | 270.00 |

Continue to the next page.

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 04/08/2010 | Prepare for and participate in pre-trial conference; research, edit, and confer with team and opposing counsel re jury instructions; organize and review exhibits; work on damages case - Joshua Masur | 5:12 | 380.00 | 1,976.00 |
| 04/09/2010 | Exhibit objections; Exhibit organization - Jamie Beard | 5:00 | 150.00 | 750.00 |
| 04/09/2010 | Travel to trial site; coordinate set-up of war room with hotel and copy company staff; confer with J. Beard re trial exhibit changes; confer with client re hotel and travel needs of trial team and witnesses - Judith Stewart | 8:12 | 100.00 | 820.00 |
| 04/09/2010 | Prepare verdict form; work on Mary Lewis cross; work on Fred Groth cross - Karen Boyd | 7:36 | 380.00 | 2,888.00 |
| 04/09/2010 | Prepare for trial - Julie Turner | 11:12 | 380.00 | 4,256.00 |
| 04/09/2010 | Review opposition to motion to exclude expert testimony; confer with opposing counsel and team re jury instructions; research, draft and send email to court requesting review of specific patent jury instructions; confer with team re trial and witness strategy; review and organize exhibits; confer with court reporter re transcript of Pratt deposition; review and confer with team re draft verdict form - Joshua Masur | 5:12 | 380.00 | 1,976.00 |
| 04/10/2010 | Prepare for trial - Julie Turner | 8:30 | 380.00 | 3,230.00 |
| 04/10/2010 | Draft Groth cross-examination outline; work on Morovati direct examination outline; revise verdict form in light of claims and defenses being pursued by plaintiff; review and edit objections and responses to same in exhibit list - Karen Boyd | 8:30 | 380.00 | 3,230.00 |
| 04/10/2010 | Exhibit objections; fax demonstrative; claims & defenses review - Jamie Beard | 5:00 | 150.00 | 750.00 |
| 04/10/2010 | Confer with J. Pratt re deposition transcript; negotiate with opposing counsel re, edit, and confer with team re draft jury instructions; review and confer with team re draft pretrial conference order; review and confer with team re exhibits; confer with team re draft verdict form; organize exhibits - Joshua Masur | 3:18 | 380.00 | 1,254.00 |
| 04/10/2010 | Trial prep - Judith Stewart | 3:24 | 100.00 | 340.00 |
| 04/11/2010 | Trial prep - Judith Stewart | 8:12 | 100.00 | 820.00 |
| 04/11/2010 | Work on and confer with opposing counsel and team re jury instructions - Joshua Masur | 5:48 | 380.00 | 2,204.00 |
| 04/11/2010 | Draft juror questionnaire and send to opposing counsel; teleconference with D. Frymer re verdict form; finalize verdict form and send to opposing counsel; work on Heintz direct outline; strategize re opening statement and witnesses; general trial prep - Karen Boyd | 7:48 | 380.00 | 2,964.00 |
| 04/11/2010 | Exhibit OCRing; Final exhibit list review; Claims & Defenses review; demonstratives - Jamie Beard | 5:36 | 150.00 | 840.00 |
| 04/11/2010 | Prepare for trial - Julie Turner | 11:24 | 380.00 | 4,332.00 |
| 04/12/2010 | Ex Parte hearing prep; privilege review; party-expert attorney-client privilege research - Jamie Beard | 9:30 | 150.00 | 1,425.00 |
| 04/12/2010 | Prepare for, attend, and argue at pretrial conference; prepare voir dire of R. Ouroumieh; trial and damages case preparation - Joshua Masur | 12:00 | 380.00 | 4,560.00 |
| 04/12/2010 | Final pre-trial conference; participate in settlement discussions; finalize juror questionnaire; various trial prep - Karen Boyd | 9:48 | 380.00 | 3,724.00 |
| 04/12/2010 | Participate in pre-trial conference; prepare for trial - Julie Turner | 12:12 | 380.00 | 4,636.00 |
| 04/12/2010 | Trial prep - Judith Stewart | 11:42 | 100.00 | 1,170.00 |
| 04/13/2010 | Trial; prep for same - Karen Boyd | 11:30 | 380.00 | 4,370.00 |
| 04/13/2010 | Voir Dire prep; R.Oroumieh X exhibit prep - Jamie Beard | 4:00 | 150.00 | 600.00 |
| 04/13/2010 | Trial; prepare for trial - Julie Turner | 14:42 | 380.00 | 5,586.00 |

Continue to the next page.

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 04/13/2010 | Prepare for and voir dire R. Ouroumieh; attend jury voir dire and trial; prepare cross-examinations - Joshua Masur | 8:06 | 380.00 | 3,078.00 |
| 04/13/2010 | Trial Prep - Judith Stewart | 12:12 | 100.00 | 1,220.00 |
| 04/14/2010 | Trial; prepare for trial - Julie Turner | 9:12 | 380.00 | 3,496.00 |
| 04/14/2010 | R.Oroumieh Cross Exhibits; Best mode research - Jamie Beard | 2:54 | 150.00 | 435.00 |
| 04/14/2010 | Trial; prepare for same - Karen Boyd | 12:00 | 380.00 | 4,560.00 |
| 04/14/2010 | Prepare for and attend trial - Joshua Masur | 10:42 | 380.00 | 4,066.00 |
| 04/14/2010 | Trial Prep - Judith Stewart | 10:36 | 100.00 | 1,060.00 |
| 04/15/2010 | Draft additional cross of R. Ouroumieh; draft memo to team re R. Ouroumieh damages testimony; confer with team re case status and strategy issues - Joshua Masur | 1:24 | 380.00 | 532.00 |
| 04/15/2010 | Trial prep - Judith Stewart | 6:12 | 100.00 | 620.00 |
| 04/15/2010 | Prepare Heintz direct; trial; strategize re response to motion to withdraw - Karen Boyd | 5:18 | 380.00 | 2,014.00 |
| 04/15/2010 | Prepared for cross-examination; attended court; researched law re withdrawal of counsel - Julie Turner | 5:30 | 380.00 | 2,090.00 |
| 04/16/2010 | Trial prep - Judith Stewart | 4:36 | 100.00 | 460.00 |
| 04/16/2010 | Work on strategy in connection with motion to withdraw as counsel; legal research re same; prepare Morovati direct - Karen Boyd | 2:00 | 380.00 | 760.00 |
| 04/16/2010 | Confer with team re case status and strategy - Joshua Masur | 0:24 | 380.00 | 152.00 |
| 04/17/2010 | Exhibit Prep (Morovati and Groth) - Jamie Beard | 1:48 | 150.00 | 270.00 |
| 04/18/2010 | Product Comparison Research; Motion Timeline; Mary Lewis depo review - Jamie Beard | 5:42 | 150.00 | 855.00 |
| 04/18/2010 | Research law re withdrawals and dismissals; prepare for C. Oroumieh cross examination - Julie Turner | 3:54 | 380.00 | 1,482.00 |
| 04/18/2010 | Meet with J. Morovati re direct examination prep; research motion to withdraw and strategize re opposition - Karen Boyd | 6:00 | 380.00 | 2,280.00 |
| 04/18/2010 | Confer with K. Boyd re case status; confer with and supervise J. Beard's preparation of objection and appeal preservation timeline - Joshua Masur | 0:42 | 380.00 | 266.00 |
| 04/19/2010 | Prepare Morovati direct examination; prepare for argument re motion to withdraw; attend court and argue same; draft and file proposed order re same - Karen Boyd | 5:00 | 380.00 | 1,900.00 |
| 04/19/2010 | Attend trial, clean-up trial site, travel home - Judith Stewart | 8:54 | 100.00 | 890.00 |
| 04/19/2010 | Confer with team re hearing and case status - Joshua Masur | 0:36 | 380.00 | 228.00 |
| 04/19/2010 | Trial document prep; conditional mistrial order submission - Jamie Beard | 0:54 | 150.00 | 135.00 |
| 04/19/2010 | Participate in hearing re withdrawal; decamp/travel - Julie Turner | 4:06 | 380.00 | 1,558.00 |
| | **Subtotal: Billable Time = $146,860.00** | | | |
| | **Billable Expenses** | | | |
| 03/26/2010 | Flight to LA | | | 366.40 |
| | **Subtotal: = $366.40** | | | |

| | | |
|---|---|---|
| Please make checks payable to Turner Boyd LLP | TOTAL OF NEW CHARGES | $148,858.40 |
| | TOTAL AMOUNT DUE | $65,044.40 |

# TURNER ☆ BOYD LLP

2625 Middlefield Rd., #675
Palo Alto, CA  94306

# Invoice

| DATE | INVOICE # |
|---|---|
| 04/30/2010 | 1282 |
| TERMS | DUE DATE |
| Due on receipt | 04/30/2010 |

| BILL TO |
|---|
| Harris Cohen<br>Market Quest<br>9600 Kearny Villa Rd.<br>San Diego, CA  92126-4544 |

| DATE | ACCOUNT SUMMARY | AMOUNT |
|---|---|---|
| 04/21/2010 | Balance Forward | $65,044.40 |
|  | New charges (see details below) | 4,275.14 |
|  | TOTAL AMOUNT DUE | $69,319.54 |

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 03/28/2010 | Flight to meet with G. Brenner - J. Stewart | 1 | 345.40 | 345.40 |
| 03/28/2010 | Flight to meet with G. Brenner - K. Boyd | 1 | 345.00 | 345.00 |
| 03/28/2010 | Flight for pre-trial conference - J. Turner | 1 | 152.70 | 152.70 |
| 03/30/2010 | Airport parking | 1 | 30.00 | 30.00 |
| 04/05/2010 | Vendor cost - trial exhibit preparation | 2024.41 | 1.00 | 2,024.41 |
| 04/09/2010 | Travel to trial site - J. Masur | 171.4 | 1.00 | 171.40 |
| 04/12/2010 | LAX to hotel | 1 | 70.00 | 70.00 |
| 04/14/2010 | Travel to airport - J. Masur | 1 | 47.50 | 47.50 |
| 04/14/2010 | Taxi to meet J. Morovati - K.Boyd | 1 | 62.00 | 62.00 |
| 04/15/2010 | Working Meal - expert Heintz | 1 | 120.97 | 120.97 |
| 04/16/2010 | Filing fees | 271 | 1.00 | 271.00 |
| 04/19/2010 | Return from Trial - J. Stewart | 156.7 | 1.00 | 156.70 |
| 04/19/2010 | Return from Trial - J. Beard | 156.7 | 1.00 | 156.70 |
| 04/19/2010 | Taxi to airport | 58 | 1.00 | 58.00 |
| 04/19/2010 | Pacer charges- accessing court filings | 1 | 263.36 | 263.36 |

Please make checks payable to Turner Boyd LLP

| | |
|---|---|
| TOTAL OF NEW CHARGES | $4,275.14 |
| TOTAL AMOUNT DUE | $69,319.54 |

# TURNER BOYD LLP

2625 Middlefield Rd., #675
Palo Alto, CA 94306

# Invoice

| DATE | INVOICE # |
|---|---|
| 07/01/2010 | 1334 |
| TERMS | DUE DATE |
| Due on receipt | 07/01/2010 |

| BILL TO |
|---|
| Harris Cohen<br>Market Quest<br>9600 Kearny Villa Rd.<br>San Diego, CA 92126-4544 |

| DATE | ACCOUNT SUMMARY | AMOUNT |
|---|---|---|
| 06/04/2010 | Balance Forward | $28,601.83 |
| | New charges (see details below) | 5,558.71 |
| | TOTAL AMOUNT DUE | $34,160.54 |

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| | **Charges** | | | |
| 05/29/2010 | Preparation of trial exhibits | 1 | 2,024.41 | 2,024.41 |
| 06/15/2010 | Deposition of Pratt | 1 | 178.90 | 178.90 |
| 06/16/2010 | SW Airlines - status conference | 1 | 191.40 | 191.40 |
| 06/24/2010 | San Jose Airport | 1 | 29.00 | 29.00 |
| 06/24/2010 | LAX-Courthouse | 1 | 57.00 | 57.00 |
| | **Subtotal: Charges = $2,480.71** | | | |
| | **Billable Time** | | | |
| 06/03/2010 | Receive and review Amity filings; summarize same for client and co-counsel - Karen Boyd | 0:18 | 380.00 | 114.00 |
| 06/06/2010 | Confer with team re fee reply brief strategy - Joshua Masur | 0:12 | 380.00 | 76.00 |
| 06/15/2010 | Draft reply in support of fees accounting and supporting papers - Karen Boyd | 2:36 | 380.00 | 988.00 |
| 06/16/2010 | Revise reply fees brief; telephone conference with D. Frymer re case - Karen Boyd | 0:36 | 380.00 | 228.00 |
| 06/17/2010 | Finalize and file reply in support of fees - Karen Boyd | 0:24 | 380.00 | 152.00 |
| 06/24/2010 | Attend status conference re fees motion and re-trial; telephone conference with client re same; telephone conference with J. Turner re response to same - Karen Boyd | 4:00 | 380.00 | 1,520.00 |
| | **Subtotal: = $3,078.00** | | | |

Please make checks payable to Turner Boyd LLP

| | TOTAL OF NEW CHARGES | $5,558.71 |
|---|---|---|
| | TOTAL AMOUNT DUE | $34,160.54 |