| Law Offices of Todd A. Vaughn Invoice Summary | | | |
|---|---|---|---|
| Date | Expenses | Fees | Total |
| 10/24/2006 | | $8,050.00 | $8,050.00 |
| 11/30/2006 | | $7,725.00 | $7,725.00 |
| 01/30/2007 | $71.21 | $8,043.75 | $8,114.96 |
| 5/1/2007 | | $4,387.50 | $4,387.50 |
| 6/19/2007 | | $2,637.50 | $2,637.50 |
| 9/5/2007 | 304.5 | 1462.5 | $1,767.00 |
| | $375.71 | $32,306.25 | **$32,681.96** |