Law Office of Todd A. Vaughn
Chevy Chase Pavilion
5335 Wisconsin Ave., N.W.
Suite 440
Washington, D.C. 20015-2052

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/24/2006 | 1444 |

**BILL TO**

Mr. Harris Cohen
All-In-One Mfg.
9600 Kearny Villa Road
San Diego, CA 92126

**SHIP TO**

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| | RE:Amity Rubberized Pen Comp. v. MarketQuest et al. | | | 0.00 |
| | October 2006: (1) Obtaining file history of Oroumieh & Cohen patent applications & analyzing the same; preparing sequence of relevant events re Cohen-Oroumieh relationship & forwarding the same to Mr. Cohen & Mr. Brenner; (2) researching issues re personal juris, venue and inventorship. | 40.25 | 200.00 | 8,050.00 |
| | (3) Receiving Pick & Mint product samples & analyzing the same in view of the claims set forth in the Oroumieh patent; (4) receiving and analyzing Local Rules for U.S. District Court (Central District of CA) re notice provisions; conferring with Brenner & Breneman to discuss litigation strategy, particularly answering the complaint & available counterclaims and affirm. defenses. | | | 0.00 |
| | (5) Developing (researching, drafting & editing) complaint, answer, counterclaims, and affirmative defenses; (6) developing (researching, drafting & editing) dispositive motion (To Dismiss for Lack of Subject Matter Jurisdiction) and Memo in Support of Motion to Dismiss. | | | 0.00 |
| | (7) Forwarding draft of answer, affirm. defenses & counterclaims to Mr. Brenner; (8) Revising and reviewing final draft of the same. | | | 0.00 |

652102

RECEIVED

NOV 0 0 ENTD

BY ACCOUNTING

Services of Todd A. Vaughn

**Total** 8,050.00

LAW OFFICE OF TODD A.
VAUGHN
5335 Wisconsin Ave., N.W.
Suite 440
Washington, D.C. 20015-2052

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/30/2006 | 1448 |

### BILL TO

Mr. Harris Cohen
All-In-One Mfg.
9600 Kearny Villa Road
San Diego, CA 92126

### RE:

Amity v. MarketQuest et al.

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| Patent Services | Nov. 1-3, 2006: Conferring with Brenner & Breneman to discuss issues re strategy; developing (researching, drafting & editing) draft of Sect 256 Motion for Correction of Inventorship, including Memorandum in Support of Motion; traveling to Patent Office to order & obtain copies of Oroumieh's provisional patent applic. & Cohen's prototypes of invention; forwarding by FedEx copies of files to Brenner & Cohen, by mail to Breneman. | 21.25 | 200.00 | 4,250.00 |
| | Nov. 10, 2006: Receiving & analyzing Amity's Opposition to Defendant's Motion to Dismiss Plaintiff's 8th & 9th Causes of Action, Amity Rubberized Pen Company's Reply to Defendants' Answer & Counterclaim, & Amity's Opposition to Defendants' Motion to Transfer Venue for Convenience. | 4.75 | 200.00 | 950.00 |
| Patent Services | Nov. 15, 2006: Receiving & analyzing Breneman's email re checklist of documents for conference call; conferring w/ Brenner re strategic issues, noteably Amity's Opposition, the upcoming court hearing, the exisiting factual issues re the Cohen prototypes & Breneman's checklist. | 2 | 200.00 | 400.00 |
| | Nov. 16, 2006: Conferring w/ Brenner, Cohen & Breneman to discuss Sect. 256 Motion, oral response at hearing to Amity's Opposition; conducting legal research re Declaratory Judgement in patent suits; analyzing relevant caselaw re the same; obtaining photocopy of BP Chemicals Ltd case cited by Amity & forwarding the same to Brenner & Breneman. | 7.75 | 200.00 | 1,550.00 |
| | Nov. 17 & 18, 2006: Conducting legal research & analyzing relevant case law supporting proposition that facts in support of justiciable controversy must exist at the time of filing suit; preparing/forwarding memo to Brenner & Breneman regarding the same. | 13 | 200.00 | 2,600.00 |
| | Nov. 21 & 22, 2006: Conferring w/ Brenner & Breneman re court hearing, (Motions to Dismiss & Transfer Venue); also conferring on issue of Sect. 256 motion, inventorship - notice & hearing requirement" of Sect. 256; conducting legal research re "notice & hearing" requirement & analyzing relevant caselaw; preparing/forwarding Memo re the same; suggesting the need to obtain a copy of the Oroumieh assignment and analyze the same for purposes of lack of jurisdiction. | 19.75 | 200.00 | 3,950.00 |

652102

LAW OFFICE OF TODD A.
VAUGHN
1247 Wisconsin Ave., NW
Suite 201
Washington, D.C. 20007

*pay 6/13/07*

*5/1/07*

## Invoice

| DATE | INVOICE # |
|---|---|
| 4/10/2007 | 1482 |

**BILL TO**

Mr. Harris Cohen
All-In-One Mfg.
9600 Kearny Villa Road
San Diego, CA 92126

**RE:**

Amity v. MarketQuest
(Fed. Dist. California- Central District)

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Patent Litigation | March 29-31, 2007: Conducting legal research regardng claim construction, particularly in view of the Markman decision; developing (researching, analyzing, preparing) Motion for Claim Construction of Oroumieh '350 patent and Memorandum in support of said Motion. | 24 | 150.00 | 3,600.00 |
| | April 2-3, 2007: Forwarding Motion for Claim Construction of Oroumieh '350 patent and Memorandum in support of said Motion to Gary Brenner and Bill Breneman; editing the same in view of comments by Breneman. | 1.25 | 150.00 | 187.50 |
| | April 12-13, 2007: Conferring with Gary Brenner re objections and answers to Amity's discovery interrogs; conferring with Brenner and Harris Cohen re the same; preparing objections and answers to Interrog. Nos. 25 & 26; forwarding th same to Brenner. | 4 | 150.00 | 600.00 |

652102



Services of Todd A. Vaughn

**Total** 4,387.50

LAW OFFICE OF TODD A.
VAUGHN
5335 Wisconsin Ave., N.W.
Suite 440
Washington, D.C. 20015-2052

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/30/2007 | 1466 |

**BILL TO**

Mr. Harris Cohen
All-In-One Mfg.
9600 Kearny Villa Road
San Diego, CA 92126

**RE:**

Amity v. MarketQuest et al. Pic & Mint patent litigation

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| Patent Litigation | Dec. 2006: Receiving Hoffman, Wasson & Gitler documents (Cohen patent file history) from Gary Brenner, Esq. & reviewing the same; reviewing 131 Declaration of Harris Cohen and considering issues of proof and the patent claims of the Cohen '349 patent and the Oroumieh '350 patent; considering available evidence and analysis of the Cohen '349 patent and the Oroumieh '350 patent in terms of validity infringement and issues of inventorship; conferring with Gary Brenner & Harris Cohen. | 29.25 | 275.00 | 8,043.75 |
| | Preparing Memorandum on issues of copyright, validity, infringement and inventorship and various options for infringement avoidance; receiving and reviewing email from Brenner re availability of Jacque Morovati to discuss the lawsuit and transmittal of finalized opinion re Amity lawsuit. | | | 0.00 |
| Disbursements | Copies and postage. | 1 | 71.21 | 71.21 |

*Trademark*

COMPLETED

| Total | 8,114.96 |
|-------|----------|

ok to pay

LAW OFFICE OF TODD A.
VAUGHN
1247 Wisconsin Ave., NW
Suite 201
Washington, D.C. 20007

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 6/19/2007 | 1495 |

**BILL TO**

Mr. Harris Cohen
All-In-One Mfg.
9600 Kearny Villa Road
San Diego, CA 92126

**RE:**

Amity v. MarketQuest et al.
Lanex Corp., Inc.
PPMP

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| Patent Litigation | May 17 & 22, 2007: Receiving and analyzing Amity's discovery requests (interrogatories and production of documents & things); teleconference with H. Cohen & G. Brenner to review and respond to such discovery requests. | 2.75 | 150.00 | 412.50 |
| | May 17-18, 2007: Receiving and analyzing Mary Lewis' deposition transcript; preparing and forwarding Memorandum providing detailed comments and identifying factual/legal issues; conducting online search to locate business address of Thomas Engineering; reporting the same to H. Cohen & G. Brenner.. | 2.25 | 150.00 | 337.50 |
| | May 24-25, 2007: Receiving and analyzing Cindy Oroumieh's deposition transcript; preparing and forwarding Memorandum providing detailed comments and identifying factual/legal issues regarding the same. | 1.75 | 150.00 | 262.50 |
| | May 31, 2007: Reviewing H. Cohen's patent prosection file and providing G. Brenner with a search report dated April 24, 2004 from Marty Hoffman (in order that we properly respond to Amity's discovery request); receiving and analyzing Kenneth Jamieson's deposition transcript; preparing and forwarding Memorandum providing detailed comments and identifying legal/factual issues). | 1.75 | 150.00 | 262.50 |
| | June 1 & 7, 2007: Reviewing K. Jamieson's 2nd deposition transcript; conducting search of Oroumieh's trademark prosecution file (PICK N MINT) using the PTO's database; obtaining such files and forwarding the same to H. Cohen & G. Brenner. | 1.5 | 150.00 | 225.00 |
| | June 15-18, 2007: Investigating facts re Lanex trademark infringement of PICK & MINT; developing (preparing, analyzing, researching) cease and desist letter and proposed Settlement Agreement to Lanex Corp.; forwarding draft to H.Cohen & G.Brenner; mailing the same to Lanex by Certified 1st Class Mail--Return receipt requested; reporting the same to H. Cohen & G. Brenner. | 4.25 | 150.00 | 637.50 |
| | June 20-21, 2007: Investigating facts re PPMP trademark infringement of ALL IN ONE registered trademark; developing (preparing, analyzing, researching) cease and desist letter to PPMP; forwarding draft to H.Cohen & G.Brenner; mailing the same to PPMP by Certified 1st Class Mail--Return receipt requested; reporting the same to H. Cohen & G. Brenner. | 2.5 | 200.00 | 500.00 |

PAID AUG 30 2007

8/22 ENTERED

Thank you for your business!

652102
Patent Fees / Legal / Lawsuit

| Total | 2,637.50 |
|-------|----------|

LAW OFFICE OF TODD A.
VAUGHN
1247 Wisconsin Ave., NW
Suite 201
Washington, D.C. 20007

**Invoice**

| DATE | INVOICE # |
|---|---|
| 9/5/2007 | 1512 |

**BILL TO**

Mr. Harris Cohen
All-In-One Mfg.
9600 Kearny Villa Road
San Diego, CA 92126

**RE:**

Amity v. Market Quest Group, Inc.

PaTenT LiTigaTion

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Patent Litigation | July 2007: All actions associated with the above-identified matter, including preparing for ASI deposition in Trevose, PA; round trip travel to Trevose, PA; conducting deposition of ASI officials; reporting the same to Harris Cohen. | 6.25 | 150.00 | 937.50 |
| | August 2007: All actions associated with the above-identified matter, including conferring with Brenner & Breneman re impending filing of motion to dismiss; conducting legal research re patent ownership and damages; travel to the PTO to confirm existence of recordation of patent assignment by Oroumieh & Lewis to Amity; analyzing depo. transcipts of Oroumieh & Lewis re corporate distinctions between Amity Pen & Amity; analyzing Breneman draft Motion to Dismiss; conducting citation check. | 9.75 | 150.00 | 1,462.50 |
| Discount | Client discount | 1 | -937.50 | -937.50 |
| Disbursements | Charges by Esquire Deposition for ASI deposition in Trevose, PA. | 1 | 304.50 | 304.50 |

652#02 legal fee

ENTERED

Thank you for your business!

**Total**     1,767.00