| Thomas Neches & Company LLP Invoice Summary | | | |
|---|---|---|---|
| Date | Expenses | Fees | Total |
| 10/2/2007 | $57.20 | $8,012.50 | $8,069.70 |
| 2/1/2010 | $12.75 | $5,168.75 | $5,181.50 |
| 5/1/2010 | $0.00 | $3,562.50 | $3,562.50 |
| | $69.95 | $16,743.75 | $16,813.70 |

Thomas Neches & Company LLP

# Invoice

October 2, 2007

Gary A. Brenner, Esquire
Gary Brenner Attorney at Law
110 West C Street, Suite 1905
San Diego, California 92101

For services rendered during the period September 1, 2007 through September 30, 2007.
*Amity Rubberized Pen Company v. Market Quest Group, Inc., et al.*

| | |
|---|---:|
| Fees | $8,012.50 |
| Out-of-Pocket Expenses | 57.20 |
| Total | $8,069.70 |

PAID NOV 0 2 2007

652/02 Potash ree-- Mail this copy

Lit.

Invoice Number: N240-838
Tax Identification Number: 95-4775332

## Thomas Neches & Company LLP

### Hours, Fees and Expenses
### For the Period September 1, 2007 through September 30, 2007

*Amity Rubberized Pen Company v. Market Quest Group, Inc., et al.*

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Thomas M. Neches, CPA | 13.25 | 475.00 | 6,293.75 |
| Yael Irom, CPA | 6.25 | 275.00 | 1,718.75 |
| Subtotals | 19.50 | | 8,012.50 |
| Out-of-Pocket Expenses | | | 57.20 |
| Total | | | $8,069.70 |

Invoice Number: N240-838
Tax Identification Number: 95-4775332

## Thomas Neches & Company LLP

### Hours by Individual, Date and Task
### For the Period September 1, 2007 through September 30, 2007

*Amity Rubberized Pen Company v. Market Quest Group, Inc., et al.*

| Name/Date | Description | Hours |
|---|---|---:|
| **Thomas M. Neches, CPA** | | |
| 09/20/07 | Read Nolte expert report. Telephone conference with attorney. | 1.00 |
| 09/24/07 | Continue analysis of Nolte expert report. Meet with associate re: recreation of calculations and sources. Telephone conference with attorney. | 1.25 |
| 09/25/07 | Telephone conference with attorneys and Harris Cohen. Work on expert report. | 8.75 |
| 09/26/07 | Finalize report. Telephone conferences with attorneys. | 2.25 |
| | Subtotal: Thomas M. Neches, CPA | 13.25 |
| **Yael Irom, CPA** | | |
| 09/21/07 | Read Nolte report. Recreate calculations and identify documents used. | 2.00 |
| 09/24/07 | Read complaint and crosscomplaint. Telephone conference with attorney. | 1.00 |
| 09/25/07 | Conference call with attorneys. | 1.50 |
| 09/26/07 | Proofread report and verify data. | 1.75 |
| | Subtotal: Yael Irom, CPA | 6.25 |
| | Total hours | 19.50 |

# Thomas Neches & Company LLP

## Out-of-Pocket Expenses
### For the Period September 1, 2007 through September 30, 2007

*Amity Rubberized Pen Company v. Market Quest Group, Inc., et al.*

| Date | Description | Amount |
|------|-------------|--------|
| 09/30/07 | Supplies. Computer, photocopy, facsimile, telephone, internet charges. | 57.20 |
| | | 57.20 |

**Thomas Neches & Company LLP**
609 South Grand Avenue, Suite 1106
Los Angeles, California 90017-3848

Please update your records with our new address.

October 2, 2007

Gary A. Brenner, Esquire
Gary Brenner Attorney at Law
110 West C Street, Suite 1905
San Diego, California 92101

Re: *Amity Rubberized Pen Company v. Market Quest Group, Inc., et al.*
    **Invoice Number: N240 - 838**

Dear Mr. Brenner:

Attached please find an invoice for services rendered in the matter cited above during the period September 1, 2007 through September 30, 2007.

Feel free to call me at (213) 624-8150 to discuss this invoice.

Very truly yours,

*[signature]*

Thomas M. Neches, CPA

TMN:com
Enclosures

cc: Harris Cohen

**PAID NOV 0 2 2007**

(213) 624-8150
telephone

tmn@thomasneches.com
e-mail

(213) 624-8152
facsimile

**GARY BRENNER**
ATTORNEY AT LAW
SUITE 1905
110 WEST C STREET
SAN DIEGO, CALIFORNIA 92101
E-MAIL: garybrenner@sdc.com

TELEPHONE
(619) 237-8895

FACSIMILE
(619) 237-1402

October 4, 2007

Harris Cohen
MarketQuest Group, Inc.
9600 Kearny Villa Road
San Diego, CA 92126

Re: <u>Amity Rubberized Pen Company v. MarketQuest Group, Inc.</u>

Dear Harris:

On Tuesday, October 2, 2007, my office received an invoice from each expert hired by MarketQuest Group in connection with this litigation.

The invoices are from Thomas Neches and John Pratt.

The invoice total for Thomas Neches is eight thousand sixty-nine dollars seventy cents ($8,069.70), and the invoice total for John Pratt is thirteen thousand eight hundred eighty-two dollars fifty cents ($13,882.50).

Enclosed is a photocopy of the invoice from each expert. Please pay each expert directly rather than to my office.

If you have any questions or comments regarding the contents of this letter or the enclosure, please contact me at your convenience.

Very truly yours,

Gary Brenner

GB/lv
Enclosure

Thomas Neches & Company LLP

# Invoice

February 1, 2010

Gary A. Brenner, Esquire
Gary Brenner Attorney at Law
110 West C Street, Suite 1905
San Diego, California 92101

For services rendered during the period January 29, 2010 through January 31, 2010.
*Amity Rubberized Pen Company v. Market Quest Group, Inc., et al.*

| | |
|---|---:|
| Fees | $5,168.75 |
| Out-of-Pocket Expenses | 12.75 |
| Total | $5,181.50 |

PAID FEB 08 2010

191200 Patent



Invoice Number: N240 - 1084
Tax Identification Number: 95-4775332

## Thomas Neches & Company LLP

### Hours, Fees and Expenses
### For the Period January 29, 2010 through January 31, 2010

*Amity Rubberized Pen Company v. Market Quest Group, Inc., et al.*

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Thomas M. Neches, CPA | 9.00 | 475.00 | 4,275.00 |
| Yael Irom, CPA | 3.25 | 275.00 | 893.75 |
| Subtotals | 12.25 | | 5,168.75 |
| Out-of-Pocket Expenses | | | 12.75 |
| Total | | | $5,181.50 |

Invoice Number: N240 - 1084
Tax Identification Number: 95-4775332

# Thomas Neches & Company LLP

## Hours by Individual, Date and Task
### For the Period January 29, 2010 through January 31, 2010

*Amity Rubberized Pen Company v. Market Quest Group, Inc., et al.*

| Name/Date | Description | Hours |
|---|---|---:|
| **Thomas M. Neches, CPA** | | |
| 01/29/10 | Telephone conferences with attorney and with MQ controller. Analyze new documents produced. | 1.25 |
| 01/30/10 | Work on analysis, expert report and exhibits. | 5.50 |
| 01/31/10 | Work on analysis, expert report and exhibits. (Includes 1.25 performed on 2/1/10.) | 2.25 |
| | Subtotal: Thomas M. Neches, CPA | 9.00 |
| **Yael Irom, CPA** | | |
| 01/29/10 | Summarize sales data. | 0.25 |
| 01/31/10 | Proofread report and verify analysis. | 3.00 |
| | Subtotal: Yael Irom, CPA | 3.25 |
| | Total hours | 12.25 |

## Thomas Neches & Company LLP

Out-of-Pocket Expenses
For the Period January 29, 2010 through January 31, 2010

*Amity Rubberized Pen Company v. Market Quest Group, Inc., et al.*

| Date | Description | Amount |
|---|---|---|
| 01/31/10 | Supplies. Telephone, computer, internet, facsimile, photocopy charges. | 12.75 |
| | | 12.75 |

Invoice Number: N240 - 1084
Tax Identification Number: 95-4775332

**Thomas Neches & Company LLP**
609 South Grand Avenue, Suite 1106
Los Angeles, California 90017-3848

February 1, 2010

Gary A. Brenner, Esquire
Gary Brenner Attorney at Law
110 West C Street, Suite 1905
San Diego, California 92101

Re: *Amity Rubberized Pen Company v. Market Quest Group, Inc., et al.*
   **Invoice Number: N240 - 1084**

Dear Mr. Brenner:

Attached please find an invoice for services rendered in the matter cited above during the period January 29, 2010 through January 31, 2010.

Feel free to call me at (213) 624-8150 to discuss this invoice.

Very truly yours,

*[signature]*

Thomas M. Neches, CPA

TMN:com
Enclosures

cc: Harris Cohen:

Thomas Neches & Company LLP

# Invoice

05/01/10
April 20, 2010

06-01-2010

Gary A. Brenner, Esquire
Gary Brenner Attorney at Law
110 West C Street, Suite 1905
San Diego, California 92101

For services rendered during the period April 1, 2010 through April 19, 2010.
*Amity Rubberized Pen Company v. Market Quest Group, Inc., et al.*

| | |
|---|---:|
| Fees | $3,562.50 |
| Out-of-Pocket Expenses | 0.00 |
| Total | $3,562.50 |

191200 Patent

PAID JUN 0 4 2010 

DM HC

Invoice Number: N240 - 1107
Tax Identification Number: 95-4775332

## Thomas Neches & Company LLP

### Hours, Fees and Expenses
### For the Period April 1, 2010 through April 19, 2010

*Amity Rubberized Pen Company v. Market Quest Group, Inc., et al.*

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Thomas M. Neches, CPA | 7.50 | 475.00 | 3,562.50 |
| Subtotals | 7.50 | | 3,562.50 |
| Out-of-Pocket Expenses | | | 0.00 |
| Total | | | $3,562.50 |

Invoice Number: N240 - 1107
Tax Identification Number: 95-4775332

## Thomas Neches & Company LLP

### Hours by Individual, Date and Task
### For the Period April 1, 2010 through April 19, 2010

*Amity Rubberized Pen Company v. Market Quest Group, Inc., et al.*

| Name/Date | Description | Hours |
|---|---|---|
| **Thomas M. Neches, CPA** | | |
| 04/06/10 | Telephone conference with attorney. | 0.50 |
| 04/12/10 | Telephone conference with attorney. Read and analyze Oroumieh 7/28/2009 declaration. Analyze sales summary documents produced by Amity. | 2.50 |
| 04/13/10 | Work on updated schedules. | 2.00 |
| 04/14/10 | Attend trial. | 2.50 |
| | Subtotal: Thomas M. Neches, CPA | 7.50 |
| | Total hours | 7.50 |

Invoice Number: N240 - 1107
Tax Identification Number: 95-4775332

Thomas Neches & Company LLP
609 South Grand Avenue, Suite 1106
Los Angeles, California 90017-3848

05/01/10

06-01-2010

April 20, 2010

Gary A. Brenner, Esquire
Gary Brenner Attorney at Law
110 West C Street, Suite 1905
San Diego, California 92101

Re: *Amity Rubberized Pen Company v. Market Quest Group, Inc., et al.*
    Invoice Number: N240 - 1107

Dear Mr. Brenner:

Attached please find an invoice for services rendered in the matter cited above during the period April 1, 2010 through April 19, 2010.

Feel free to call me at (213) 624-8150 to discuss this invoice.

Very truly yours,

Thomas M. Neches, CPA

19120 Patent

TMN:com
Enclosures

cc: Harris Cohen:

(213) 624-8150          tmn@thomasneches.com          (213) 624-8152
telephone                      e-mail                      facsimile