| ForensisGroup (John Pratt) | | | |
|---|---|---|---|
| Date | Expenses | Fees | Total |
| 9/30/2007 | $195.00 | $13,687.50 | $13,882.50 |
| 11/2/2007 | $47.50 | $2,062.50 | $2,110.00 |
| 11/30/2007 | $0.00 | $187.50 | $187.50 |
| 3/24/2010 | $47.50 | $2,250.00 | $2,297.50 |
| 4/1/2010 | $2,625.00 | | $2,625.00 |
| 4/1/2010 | $1,760.00 | | $1,760.00 |
| John Pratt (Paid directly) | | | |
| 3/12/2010 | | $1,700.00 | $1,700.00 |
| | $4,675.00 | $19,887.50 | $24,562.50 |

**FORENSISGROUP**

Technical, Engineering, Construction, Medical & Scientific Experts

FOGROU

3452 East Foothill Blvd., Suite 1150, Pasadena, CA 91107-3160
626/795-5000 tel. 626/795-1950 fax
800/555-6422 (toll free)
www.ForensisGroup.com
e-mail: experts@ForensisGroup.com

# INVOICE

BILL TO:

LAW OFFICE OF GARY BRENNER
Gary Brenner, Esq.
110 West "C" St., #1905
San Diego CA 92101

Invoice Date   September 28, 2007
Invoice No.    L0708228-1
Fax No.:       019-237-1802

Payment due upon receipt.

Re: Amity Rubberized Pen Company (Robert Oroumieh) v. Market Quest Group  late charge if payment not received by October 29, 2007

FG File No.  0708228

For professional services rendered on the above referenced case by JOHN D. PRATT, PH.D., P.E.

| Date | Description | Hours |
|---|---|---|
| 9/10/2007 | Download patent from USPTO and read; three telecoms with Mr. Brenner. | 1.50 |
| 9/15/2007 | Download print and begin reading file wrappers for the case. | 2.00 |
| 9/16/2007 | Finish reading file wrappers and begin analysis. | 3.00 |
| 9/21/2007 | Telecom with Todd Vaughn. | 0.25 |
| 9/22/2007 | Expert's Report. | 7.00 |
| 9/23/2007 | Expert's Report. | 2.00 |
| 9/24/2007 | Telecom and work on report (2.0) and alternative dispenser features (2.0). | 4.00 |
| 9/25/2007 | Download and print patent references (0.75), Design Work (9.0) | 9.75 |
| 9/26/2007 | Further work on Report with CADD Drawings. | 3.00 |
| 9/27/2007 | Finalize Report; Telecom with G. Brenner and W. Breneman. | 4.00 |

*[Handwritten notes:]*
10/25 * Lynn Case Management said - PAYABLE TO FORENSIS GROUP
10/26 spoke w/ Lynn confirm Mailing Address
MAILed this copy w/ check
**PAID NOV 0 2 2007**
652002 legal fee A/W
652102 Patent Fee

| | | | | |
|---|---|---|---|---|
| Hrs • Rate | | 36.50 hrs @ $375.00 | HOURLY SUBTOTAL | $13,687.50 |
| Other/ Reimbursables | 1.0 | Case Initiation Fee per FG-05-1. | 195.00 | 195.00 |

| | HOURLY + EXPENSE SUBTOTAL | $13,882.50 |
|---|---|---|

Deductions

Late Payment Charge

$13,882.50

BILLING SUMMARY

Payment is due upon receipt. Late charges of 1.5% per month will be applied to unpaid balances over 30 days. Forensis Group, Inc. and it's experts reserve the right to cease work on delinquent accounts. Please make payment payable to: Forensis Group, Inc. Tax I.D. No. 95-4587334.

| <30 | 31 - 60 | 60 - 90 | >90 |
|---|---|---|---|
| $13,882.50 | | | |

# ForensisGroup® FAX

3452 East Foothill Blvd., Suite 1160
Pasadena, CA 91107-3160
T 626/795-5000
F 626/795-1950

Technical, Engineering, Construction, Medical & Scientific Experts

| | | |
|---|---|---|
| YVONNE | (858) 695-0428 | 2/8/2008 |
| Attention | FAX Number | Date |

| | | |
|---|---|---|
| ALISA | Amity Rubberized Invoice | 2 |
| From | Regarding | No. of Pages including cover sheet |

Important: Information contained in this facsimile is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone. If you do not receive all copies, or copy is not legible, please call (626) 795-5000.

(X) Please see attached documents

(X) For your information and files

(X) In accordance with your request

( ) Please sign, date and return to this office

( ) Other _____

Messages:



**ForensisGroup**

Technical, Engineering, Construction, Medical & Scientific Experts

3452 East Foothill Blvd., Suite 1150, Pasadena, CA 91107-3153
626/795-5000 tel   626/795-1950 fax
800/555-5422 (toll free)

www.ForensisGroup.com
e-mail: experts@ForensisGroup.com

# INVOICE

BILL TO:

LAW OFFICE OF GARY BRENNER
Gary Brenner, Esq.
110 West "C" St., #1905
San Diego CA 92101

Invoice Date   November 2, 2007
Invoice No.    L0708228-2
Fax No.:       619-237-1802

Re: Amity Rubberized Pen Company (Robert Oroumieh) v. Market Quest Group
FG File No.  0708228

Payment due upon receipt. A late payment charge will apply if payment not received by December 3, 2007

For professional services rendered on the above referenced case by JOHN D. PRATT, PH.D., P.E.

| Date | Description | Hours |
|---|---|---|
| 10/6/2007 | Read Thomas Neches Expert Report. | 0.50 |
| 11/1/2007 | Read and mark up claims construction chart. | 5.00 |

65-2102  Patent fee

**PAID DEC 2 4 2007**

| Hrs • Rate | | | | | |
|---|---|---|---|---|---|
| | | 5.50 hrs @ $375.00 | | HOURLY SUBTOTAL | $2,062.50 |
| Other/Reimbursables | 0.5 | Administration. | | 95.00 | 47.50 |

| | HOURLY + EXPENSE SUBTOTAL | $2,110.00 |
|---|---|---|
| Deductions | | |
| Late Payment Charge | | |
| | | $2,110.00 |
| | BILLING SUMMARY | |

Payment is due upon receipt. Late charges of 1.5% per month will be applied to unpaid balances over 30 days. Forensis Group, Inc. and it's experts reserve the right to cease work on delinquent accounts. Please make payment payable to: Forensis Group, Inc. Tax I.D. No. 95-4587334.

| <30 | 31 - 60 | 60 - 90 | >90 |
|---|---|---|---|
| $2,110.00 | | | |

FROM **ForensisGroup**  
Technical, Engineering, Construction, Medical & Scientific Experts  
(TUE) JAN 1 2008 15:46/ST. 15:44/No. 7516161585 P 3  
626/795-3000 m. 626/795-1999 ---  
800/555-5422 (toll free)  
www.ForensisGroup.com  
e-mail: experts@ForensisGroup.com

# INVOICE

Invoice Date **November 30, 2007**

BILL TO:

LAW OFFICE OF GARY BRENNER  
Gary Brenner, Esq.  
110 West "C" St., #1905  
San Diego CA 92101

**PAST DUE**

Invoice No. **L0708228-3**

Fax No.: 619-237-1802

Payment due upon receipt.  
*Additional late payment* payment not received by **December 31, 2007**

Re: Amity Rubberized Pen Company (Robert Oroumich) v. Market Quest Group

FG File No. 0708228

For professional services rendered on the above referenced case by JOHN D. PRATT, PH.D., P.E.

| | |
|---|---|
| 11/26/2007 Telecom with Gary Brenner, Esq. | 0.25 |
| 11/28/2007 Telecom with W. Brenneman. | 0.25 |

*652102 patent fee* (handwritten)

**RECEIVED** JAN 0 2 2008

| | | |
|---|---|---|
| **Hrs • Rate** | 0.50 hrs @ $375.00 | HOURLY SUBTOTAL $187.50 |
| **Other/Reimbursables** | 1.0 Administration (Waived). | 0.00 |
| | HOURLY + EXPENSE SUBTOTAL | $187.50 |
| **Deductions** | | 2.81 |
| **Late Payment Charge** | 30 DAYS PAST DUE | $190.31 |

BILLING SUMMARY

| <30 | 31 - 60 | 60 - 90 | >90 |
|---|---|---|---|
| | $187.50 | | |

Payment is due upon receipt. Late charges of 1.5% per month will be applied to unpaid balances over 30 days. Forensis Group, Inc. and its experts reserve the right to cease work on delinquent accounts. Please make payment payable to: Forensis Group, Inc. Tax I.D. No. 95-4587334.

# ForensisGroup

Technical, Engineering, Construction, Medical & Scientific Experts

3452 East Foothill Blvd., Suite 1160, Pasadena, CA 91107-3160
626/795-5000 TEL 626/795-1950 FAX
800/555-5422 (Toll Free)
www.ForensisGroup.com
e-mail: experts@ForensisGroup.com

**INVOICE**

**BILL TO:**
LAW OFFICE OF GARY BRENNER
Gary Brenner, Esq.
110 West "C" St., #1905
San Diego CA 92101

**REVISED INVOICE**
02/04/08

Invoice Date **November 30, 2007**
Invoice No. **L0708228-3**
Fax No.: 619-237-1802

Payment due upon receipt.
*late payment charge* payment not received by **December 31, 2007**

Re: Amity Rubberized Pen Company (Robert Droumich) v. Market Quest Group
FG File No. 0708228

For professional services rendered on the above referenced case by **JOHN D. PRATT, PH.D., P.E.**

| | |
|---|---|
| 11/26/2007 Telecom with Gary Brenner, Esq. | 0.25 |
| 11/26/2007 Telecom with W. Breneman. | 0.25 |

65 2102 patent fees/legal

 ENTERED

2/8/08
ck#23750
PAID

| Hrs • Rate | | 0.50 hrs @ $375.00 | HOURLY SUBTOTAL | $187.50 |
|---|---|---|---|---|
| Other/ Reimbursables | 1.0 | Administration (Waived). | | 0.00 |
| | 1.0 | Changes to Airfare to return one day early from MMPDS Conference in Orlando to work on claims chart. | 273.70 | 273.70 |

| | HOURLY + EXPENSE SUBTOTAL | $461.20 |
|---|---|---|

**Deductions**

**Late Payment Charge**    **30 DAYS PAST DUE**

$461.20    273.70

BILLING SUMMARY

Payment is due upon receipt. Late charges of 1.5% per month will be applied to unpaid balances over 30 days. Forensis Group, Inc. and it's experts reserve the right to cease work on delinquent accounts. Please make payment payable to: Forensis Group, Inc. Tax I.D. No. 95-4587334.

| <30 | 31 - 60 | 60 - 90 | >90 |
|---|---|---|---|
| | | $461.20 | |

273.70

**ForensisGroup**

Technical, Engineering, Construction, Medical & Scientific Experts

3452 East Foothill Blvd., Suite 1160, Pasadena, CA 91107-3160
626/795-6000 Tel. 626/795-1950 Fax
800/555-5422 (Toll Free)
www.ForensisGroup.com
e-mail: experts@ForensisGroup.com

April 9, 2010

Gary Brenner, Esq.
LAW OFFICE OF GARY BRENNER
110 West "C" St., #1905
San Diego, CA 92101

Re:     Amity Rubberized Pen Company (Robert Oroumieh) v. Market Quest Group dba All-In-One
FG File No.     L0708228

Dear Mr. Brenner,

We have been informed by expert, John Pratt, Ph.D., P.E., that the above referenced case is scheduled to continue trial this April 2010. Per Mr. Pratt, he anticipates approximately 11 hours of additional work for travel, meetings, and 1 day of trial.

As this assignment is worked against a deposit and Mr. Pratt's requirements, please tender a check in the amount of $6,670.00, which shall be applied towards the balance on Mr. Pratt's invoice L0708228-4 and towards his anticipated additional work for trial preparation and trial/court testimony. Please see below for breakdown:

Balance on invoice L0708228-4 = $2,297.50
7 hours for meetings/travel (7 hrs. x $375.00/hr.) = $2,625.00 ✓
1 Day of Trial - 4 hours for Trial (4 hrs. x $425.00/hr.) = $1,700.00 ✓
Administration: $47.50
**Total: $6,670.00**    + $12.50 = $6682.50

*Please make check payable to ForensisGroup* and send to our office via FedEx. Please be informed that we also accept credit card payments.

Payment is required *prior* to the trial date. Upon receipt of payment, our office will notify Mr. Pratt so that he may proceed with work at your direction. Thank you.

Very truly yours,
ForensisGroup, Inc.

Fo Lazo
Case Manager

cc: John Pratt, Ph.D., P.E.

191200 Patent

## Forensis Group

Technical, Engineering, Construction, Medical & Scientific Experts

**INVOICE**

3452 East Foothill Blvd., Suite 1160, Pasadena, CA 91107-3180
626/795-5000 TEL  626/795-1950 FAX
800/555-5422 (Toll Free)
www.ForensisGroup.com
e-mail: experts@ForensisGroup.com

**BILL TO:**

Gary Brenner, Esq.
LAW OFFICE OF GARY BRENNER
110 West "C" St., #1905
San Diego, CA 92101

Invoice Date: March 24, 2010

Invoice No: L0708228-4

Fax No.: 619-237-1802

Re: Amity Rubborized Pen Company (Robert Oroumieh) v. Market Quest Group dba All-In-One

Payment due upon receipt.
Late fee applied if payment not received by Saturday, April 24, 2010

FG File No. L0708228

For professional services rendered on the above referenced case by JOHN PRATT, PH.D., P.E.

| Date | Description | Hours |
|---|---|---|
| 3/12/2010 | Read subpoena and locate files for printing. | 0.50 |
| 3/13/2010 | Printout/copy documents for subpoena. | 2.60 |
| 3/15/2010 | Review e-mails and telecoms with G. Brenner. | 1.50 |
| 3/16/2010 | Review files; Telecom; Preparation. | 1.50 |

Hrs · Rate  Total Hours. 6.00 @ 375.00                           HOURLY SUBTOTAL  $  2,250.00

**Other / Reimbursables**

| | | | |
|---|---|---|---|
| Administration. | 0.50 | 95.00 | 47.50 |

HOURLY + EXPENSE SUBTOTAL  $  2,297.50

**Deductions**

**Late Payment Charge**

**BALANCE DUE THIS INVOICE  $ 2,297.50**

Payment is due upon receipt. Late charges of 1.5% per month will be applied to unpaid balances over 30 days. Forensis Group, Inc. and it's experts reserve the right to cease work on delinquent accounts. Please make payment payable to: Forensis Group, Inc. Tax I.D. No. 95-4567334.

**BILLING SUMMARY**

| <30 | 31 - 60 | 60 - 90 | >90 |
|---|---|---|---|
| $2,297.50 | | | |

# ForensisGroup

Engineering, Construction, and Forensic Experts

# FAX

3452 East Foothill Blvd., Suite 1160
Pasadena, CA 91107-3160
Tel: 626/795-5000  Fax: 626/795-1950

To: Gary
Brenner, Esq.
LAW OFFICE OF GARY BRENNER
Fax: 619-237-1802

From:
April Burger

Date: 4/9/2010

No. of Pages (incl. this sheet): 3

Important: Information contained in this facsimile is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone. Thank you.

## RE: Amity Rubberized Pen Company (Robert Oroumieh) v. Market Quest Group dba All-in-One

### FG FILE NO: L0708228

☒ Please see attached documents

☒ For your information and files

☐ In accordance with your request

☐ Please sign, date and return to this office

☐ Other _____

**NOTES:**

Dear Mr. Brenner,

Please find the attached additional deposit request letter for the above named case. If you have any questions or concerns, please do not hesitate to call us at 626-795-5000. Thank you.

Warmest Regards,

April Burger
Case Management Associate



Technical, Engineering, Construction, Medical & Scientific Experts

3452 East Foothill Blvd., Suite 1160, Pasadena, CA 91107-3180

626/795-5000 TEL  626/795-1950 FAX
800/555-5422 Toll Free

## INVOICE

www.ForensisGroup.com
e-mail: experts@ForensisGroup.com

**BILL TO:**

Gary Brenner, Esq.
LAW OFFICE OF GARY BRENNER
110 West "C" St., #1905
San Diego, CA 92101

Invoice Date: March 24, 2010

Invoice No:  L0708228-4

Fax No.:  619-237-1802

**Re:** Amity Rubberized Pen Company (Robert Oroumieh) v. Market Quest Group dba All-In-One

Payment due upon receipt.
Late fee applied if payment
not received by **Saturday, April 24, 2010**

**FG File No.** L0708228

For professional services rendered on the above referenced case by **JOHN PRATT, PH.D., P.E.**

| Date | Description | Hours |
|---|---|---|
| 3/12/2010 | Read subpoena and locate files for printing. | 0.50 |
| 3/13/2010 | Printout/copy documents for subpoena. | 2.50 |
| 3/15/2010 | Review e-mails and telecoms with G. Brenner. | 1.50 |
| 3/16/2010 | Review files; Telecom; Preparation. | 1.50 |

| Hrs · Rate | Total Hours: 6.00 @ 375.00 | | | HOURLY SUBTOTAL $ | 2,250.00 |
|---|---|---|---|---|---|
| Other / Reimbursables | | | | | |
| | Administration. | 0.50 | 95.00 | | 47.50 |
| | | | | HOURLY + EXPENSE SUBTOTAL $ | 2,297.50 |
| Deductions | | | | | |
| Late Payment Charge | | | | | |
| | | | | BALANCE DUE THIS INVOICE $ | 2,297.50 |

Payment is due upon receipt. Late charges of 1.5% per month will be applied to unpaid balances over 30 days. Forensis Group, Inc. and it's experts reserve the right to cease work on delinquent accounts. Please make payment payable to: Forensis Group, Inc. Tax I.D. No. 95-4587334.

**BILLING SUMMARY**

| <30 | 31 - 60 | 60 - 90 | >90 |
|---|---|---|---|
| $2,297.50 | | | |

# CHECK REQUEST
## MarketQuest Group, Inc.
## All in One

DATE: March 12, 2010

JOPR00
PAYEE: JOHN PRATT

DATE REQUIRED:

ADDRESS:
44 ARGOS
LAGUNA NIGUEL, CA 92677

AMOUNT: $1,700.00

DISTRIBUTION:

PURCHASE ORDER NUMBER

JUSTIFICATION/DESCRIPTION:
4 HOUR FOR DEPOSITION AND TRIAL TESTIMONY @ $425/HR

PLEASE ATTACH BACK UP, AS WELL AS DOCUMENTATION TO BE MAILED WITH CHECK. ALL CHECKS WILL BE MAILED DIRECTLY TO VENDOR UNLESS SPECIAL CIRCUMSTANCES ARE NOTED THAT REQUIRE CHECK TO BE RETURNED TO ORIGINATOR.
" BE SUBMITTED TO A/P WITHIN 10 DAYS.

APPROVALS  ORIGINATOR: *Daniel*

MANAGER:

PAID MAR 1 2 2010

191200 Patent

From: Gary Brenner <gbrenner@sonic.net>
Subject: **Fwd: Re: Status Report**
Date: March 9, 2010 6:28:14 AM PST
To: Harris Cohen <harris@allinoneline.Com>
Cc: Bill Breneman <BrenemanLaw@aol.com>
Reply-To: <gbrenner@sonic.net>
▸ 1 Attachment, 663 KB

----- Original Message -----
From: "John D. Pratt" johndpratt@cox.net
To: Gary Brenner gbrenner@sonic.net
Sent: Tue 09/03/10 5:03 AM
Subject: Fwd: Re: Status Report

Market quest will need to submit payment for 4 hours (the depo and trial minimum per contract with Forensis Group), using the deposition billing rate I forwarded the other day prior to the deposition. They can send the check directly to me at 44 Argos, Laguna Niguel, CA. My SS# 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. W-9 attached.

I have jury duty beginning April 1st so best if the deposition can take place before then. My trial in Cleveland has been continued so right now the period between March 15th and 30th is open.

Best
John Pratt


John D. Pratt, Ph.D., P.E.
Principal
Argos Engineering
44 Argos
Laguna Niguel, CA 92677
(office) +1 949.363.8205
(fax) +1 949.429.5972
(mobile) +1 949.705.7880

*Handwritten notes:*
3/12
need to put in
check-run
today.
Fdex please
$425.00 × 4
Steph

PAID MAR 12 2010

From: Gary Brenner <gbrenner@sonic.net>
Subject: **Fw: Amity v. Market Quest**
Date: March 12, 2010 12:06:19 PM PST
To: Harris Cohen <harris@allinoneline.com>
Cc: Karen Cohen <karen@allinoneline.com>
Reply-To: Gary Brenner <gbrenner@sonic.net>

▸ 1 Attachment, 6.8 KB

----- Original Message -----
From: John Pratt
To: 'Gary Brenner'
Sent: Thursday, March 04, 2010 5:00 PM
Subject: RE: Amity v. Market Quest

Gary,
The publication list goes back more than 10 years.
The rule 26 listing goes back 4 years (actually closer to 10 years, since my next earliest deposition was in about 1999).
I forwarded the Forensis group fees earlier: $375 for consulting, reports, inspection etc., and $425 for testimony (see below).


Hello Mr. Pratt,

We bill Mr. Brenner at (a) $375.00 per hour for consultation, inspection, research, analysis, review, testing and travel and (b) $425.00 per hour with a four-hour minimum for deposition and trial testimony. Let me know if you need anything else.

Warmest Regards,

April Burger
Case Management Associate
ForensisGroup®
**EXPERT WITNESS SERVICES**
3452 E. Foothill Blvd.
Suite #1160
Pasadena, CA 91107

Best
John